**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | | |
|---|---|---|
| In re: TRANSACT, INC. | § | Case No. 8:07-BK-11443 ES |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

John M. Wolfe, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | |
|---|---|---|
| Assets Abandoned: $1,900,000.00 | | Assets Exempt:  N/A |
| *(without deducting any secured claims)* | | |
| Total Distributions to Claimants:  $315,949.42 | | Claims Discharged Without Payment:  N/A |
| Total Expenses of Administration:  $1,284,177.73 | | |

3) Total gross receipts of $1,600,127.15 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,600,127.15 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $13,204.34 | $9,911,715.17 | $315,949.42 | $315,949.42 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,447,486.24 | $1,440,223.49 | $1,284,177.73 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $1,468.65 | $6,406.00 | $6,406.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $395,903.61 | $1,778,674.97 | $1,778,674.97 | $0.00 |
| **TOTAL DISBURSEMENTS** | $410,576.60 | $13,144,282.38 | $3,541,253.88 | $1,600,127.15 |

4) This case was originally filed under chapter 7 on 05/17/2007, and it was converted to chapter 7 on 03/18/2008.  The case was pending for 122 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:   06/06/2018   By: /s/ John M. Wolfe

Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| SANCTIONS | 1249-000 | $2,000.00 |
| 2716 PEBBLE DRIVE, CORONA DEL , CA | 1110-000 | $1,595,000.00 |
| CHECKING ACCOUNT | 1129-000 | $1,368.82 |
| INTEREST (u) | 1270-000 | $1,758.33 |
| **TOTAL GROSS RECEIPTS** | | **$1,600,127.15** |

*[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Harbor View Hills Community Association | 4120-000 | $467.00 | $470.23 | $0.00 | $0.00 |
| 7 | Harbor View Hills Community Association | 4120-000 | NA | $1,940.61 | $0.00 | $0.00 |
| 10 | Orco Construction Supply Elizabeth A Walters, APC c/o Scott A Schaelen, Esq | 4110-000 | NA | $35,932.52 | $0.00 | $0.00 |
| 14 | South Cali Concrete Inc Lanak and Hanna PC | 4110-000 | NA | $150,000.00 | $0.00 | $0.00 |
| 16 | Riverside County Treasurer-Tax Collector Paul McDonnell Treasurer-Tax Collector | 4110-000 | $12,737.34 | $14,686.45 | $0.00 | $0.00 |
| 17 | Roche Excavating, Inc c/o Michael J Carras, Esq Coughlin & Conforti | 4110-000 | NA | $24,450.47 | $0.00 | $0.00 |
| 18 | Orange County Treasurer-Tax Collector | 4110-000 | NA | $90,868.79 | $0.00 | $0.00 |
| 19 | RHFD PEBBLE INC | 4110-000 | NA | $431,620.00 | $0.00 | $0.00 |
| 20 | D'Errico Trust David B Lally | 4110-000 | NA | $258,971.23 | $0.00 | $0.00 |
| 21 | RHFD Pebble, Inc David B Lally | 4110-000 | NA | $130,540.00 | $0.00 | $0.00 |
| 22 | RHFD Pebble, Inc David B Lally | 4110-000 | NA | $3,461,592.40 | $0.00 | $0.00 |
| 23 | RHFD Pebble, Inc David B Lally | 4110-000 | NA | $431,620.00 | $0.00 | $0.00 |
| 24 | RHFD Pebble, Inc David B Lally | 4110-000 | NA | $3,461,592.40 | $0.00 | $0.00 |
| 25 | D'Errico Trust David B Lally | 4110-000 | NA | $258,971.23 | $0.00 | $0.00 |
| 26 | RHFD Pebble, Inc David B Lally | 4120-000 | NA | $130,540.00 | $157,841.00 | $157,841.00 |
| 28 | Orange County Treasurer Tax-Collector | 4700-070 | $0.00 | $100,934.48 | $158,108.42 | $158,108.42 |

| 29 | THE CARL L WOOD AND MOZELLE E WOOD FAMILY LIMITED PARTNSHIP | 4110-000 | NA | $900,000.00 | $0.00 | $0.00 |
|----|---|---|---|---|---|---|
| 32 | RIVERSIDE COUNTY TREASURER | 4110-000 | NA | $26,984.36 | $0.00 | $0.00 |
| | **TOTAL SECURED** | | **$13,204.34** | **$9,911,715.17** | **$315,949.42** | **$315,949.42** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - JOHN M. WOLFE, TRUSTEE | 2100-000 | NA | $71,253.81 | $71,253.81 | $71,253.81 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $293.00 | $293.00 | $293.00 |
| Bond Payments - BOND | 2300-000 | NA | $216.89 | $216.89 | $216.89 |
| Bond Payments - INTERNATIONAL SURETIES | 2300-000 | NA | $8,345.60 | $8,345.60 | $8,345.60 |
| Costs to Secure/Maintain Property ( insurance, locks, etc.) - WOOD GUTMANN & BOGART, INS. | 2420-000 | NA | $618.91 | $618.91 | $618.91 |
| Costs re Sale of Property (closing costs, etc. not realtor comm.) - MARINERS ESCROW | 2500-000 | NA | $8,096.75 | $8,096.75 | $8,096.75 |
| Banking and Technology Service Fee - American Business Bank | 2600-000 | NA | $13,536.08 | $13,536.08 | $13,536.08 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $21,682.41 | $21,682.41 | $21,682.41 |
| Banking and Technology Service Fee - The Bank of New York Mellon | 2600-000 | NA | $46,825.09 | $46,825.09 | $46,825.09 |
| Other State or Local Taxes (post-petition) - State of California Franchise Tax Board | 2820-000 | NA | $11,911.17 | $11,911.17 | $11,911.17 |
| Other Chapter 7 Administrative Expenses - AMMCOR MANAGEMENT | 2990-000 | NA | $2,269.96 | $2,269.96 | $2,269.96 |
| Other Chapter 7 Administrative Expenses - PREMIUM FINANCE SPECIALISTS | 2990-000 | NA | $559.49 | $559.49 | $559.49 |
| Other Chapter 7 Administrative Expenses - WALTERS MANAGEMENT | 2990-000 | NA | $559.00 | $559.00 | $559.00 |
| Attorney for Trustee Fees (Other Firm) - Shulman Hodges & Bastian LLP | 3210-000 | NA | $1,071,047.25 | $1,071,047.25 | $925,112.52 |
| Special Counsel for Trustee Fees - Law Offices of Alex Tucker | 3210-600 | NA | $36,313.75 | $29,051.00 | $29,051.00 |
| Attorney for Trustee Expenses (Other Firm) - Shulman Hodges & Bastian LLP | 3220-000 | NA | $74,207.08 | $74,207.08 | $64,096.05 |
| Realtor for Trustee Fees (Real Estate Commissions) - COLDWELL BANKER | 3510-000 | NA | $79,750.00 | $79,750.00 | $79,750.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$1,447,486.24** | **$1,440,223.49** | **$1,284,177.73** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-1 | State Comp Ins Fund Attn Mark Madamba | 5800-000 | $0.00 | $1,000.00 | $1,000.00 | $0.00 |
| 2-1 | State Comp Ins Fund Attn Mark Madamba | 5800-000 | $0.00 | $1,000.00 | $1,000.00 | $0.00 |
| 4-1 | BURRTEC WASTE AND RECYCLING SVCS | 5200-000 | $0.00 | $4,406.00 | $4,406.00 | $0.00 |
| N/F | Deborah Medeiros | 5800-000 | $1,468.65 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$1,468.65** | **$6,406.00** | **$6,406.00** | **$0.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3-1 | WARE ENTERPRISES INC D. Mark Ware | 7100-000 | $3,618.00 | $3,618.00 | $3,618.00 | $0.00 |
| 5-1 | JASON CARULLI | 7100-000 | $720.00 | $840.00 | $840.00 | $0.00 |
| 8-1 | BORELLA GEOLOGY INC | 7100-000 | $3,125.00 | $3,125.00 | $3,125.00 | $0.00 |
| 9-1 | RDM SURVEYING INC | 7100-000 | $6,540.00 | $6,540.00 | $6,540.00 | $0.00 |
| 11-1 | CITY OF NEWPORT BEACH | 7100-000 | $0.00 | $24.73 | $24.73 | $0.00 |
| 12-1 | CITY OF NEWPORT BEACH | 7100-000 | $0.00 | $100.00 | $100.00 | $0.00 |
| 15-1 | DEPUTY 1 INSPECTION SERVICE | 7100-000 | $3,200.00 | $3,780.00 | $3,780.00 | $0.00 |
| 27-1 | JACKSON DEMARCO TIDUS PECKENPA | 7100-000 | $58,274.62 | $66,213.71 | $66,213.71 | $0.00 |
| 30U | Allan W. Reumont c/o Robert N. Ives | 7100-000 | NA | $718,636.80 | $718,636.80 | $0.00 |
| 30U-2 | Allan W. Reumont c/o Robert N. Ives | 7100-000 | $0.00 | $965,000.00 | $965,000.00 | $0.00 |
| 31-1 | BURRTEC WASTE AND RECYCLING SVCS | 7100-000 | $4,280.35 | $4,406.00 | $4,406.00 | $0.00 |
| 33-1 | UNITED RENTALS NORTHWEST INC C/O CRF SOLUTIONS | 7100-000 | $1,208.84 | $1,149.42 | $1,149.42 | $0.00 |
| 34 | BURRTEC WASTE AND RECYCLING SVCS | 7100-000 | $4,218.87 | $5,241.31 | $5,241.31 | $0.00 |
| N/F | Alpine Engineering | 7100-000 | $1,692.02 | NA | NA | NA |
| N/F | Andy Gump, Inc. | 7100-000 | $0.00 | NA | NA | NA |

| N/F | Andy Gump, Inc. | 7100-000 | $306.29 | NA | NA | NA |
| N/F | Barnes Crosby Fitzgerald | 7100-000 | $847.68 | NA | NA | NA |
| N/F | Bill Major | 7100-000 | $300.00 | NA | NA | NA |
| N/F | Brundage-Bone Concrete Puping | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Calabrese Electric Cc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Camel Mountain Real Estate | 7100-000 | $0.00 | NA | NA | NA |
| N/F | City of Indio | 7100-000 | $4,106.70 | NA | NA | NA |
| N/F | Coachella Valley Water Dist | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Controlled Environments Constr | 7100-000 | $0.00 | NA | NA | NA |
| N/F | DCI | 7100-000 | $2,000.00 | NA | NA | NA |
| N/F | Drilco, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Eco-Pan, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Edison | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Ganahl Lumber Co. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Geosoils, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Geraldine Smith | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Harry T . Williams Ltber Co. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Joe Bruegel | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Mike Kilbride | 7100-000 | $8,901.50 | NA | NA | NA |
| N/F | National Construction Rentals | 7100-000 | $122.40 | NA | NA | NA |
| N/F | Office of the U.S. Trustee Santa Ana | 7100-000 | $0.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Orange County Assessor s 0ffice | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Procasa Corporation | 7100-000 | $0.00 | NA | NA | NA |
| N/F | RRS  Plumbing Co., Inc. | 7100-000 | $19,935.00 | NA | NA | NA |
| N/F | Riverside County Property Tax | 7100-000 | $608.30 | NA | NA | NA |
| N/F | Santa .Ana Equipment | 7100-000 | $0.00 | NA | NA | NA |
| N/F | South Cali concrete | 7100-000 | $212,000.00 | NA | NA | NA |
| N/F | Sparkling Flesh Pools | 7100-000 | $35,875.00 | NA | NA | NA |
| N/F | State of California Franchise | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Tahana Smith | 7100-000 | $23,750.00 | NA | NA | NA |
| N/F | United Rentals | 7100-000 | $104.92 | NA | NA | NA |
| N/F | Verixon Wireless | 7100-000 | $168.12 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$395,903.61** | **$1,778,674.97** | **$1,778,674.97** | **$0.00** |

## Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 1

**Case No.:**   8:07-BK-11443 ES

**Case Name:**    TRANSACT, INC.

**Trustee Name:**   (009014) John M. Wolfe

**Date Filed (f) or Converted (c):**   03/18/2008 (c)

**§ 341(a) Meeting Date:**   06/25/2008

**For Period Ending:**   06/06/2018

**Claims Bar Date:**   09/29/2008

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2716 PEBBLE DRIVE, CORONA DEL , CA<br>ORDER CHAPTER 7 TRUSTEE'S MOTION TO APPROVE COMPROMISE UNDER RULE 9019 BETWEEN THE BANKRUPTCY ESTATE AND FRANK D'ERRICO, INDIVIDUALLY AND AS TRUSTEE OF THE D'ERRICO TRUST AND THE D'ERRICO PENSION, AND RHFD PEBBLE, INC. ENTERED 11/6/17<br>The next evidentiary hearing is scheduled for May 8, 2017 at 9:30 am<br>10/18/16 Ninth Circuit Court of Appeals entered a memorandum dismissing the Chapter 7 trustee's appeal of the District Court's judgment, which affirmed in part,reversed in part, and remanded the matter for further proceedings.<br>3/19/15 Pre-Trial Conference CONTINUED TO 6/18/2015 at 09:30 AM at Crtrm 5A 04/08/2014  Order Granting Stipulation to Continue Examination of Frank DErrico as Trustee for the Frank DErrico Living Trust dated 1/15/1998 RE Enforcement of Judgment - currently scheduled for April 9, 2014 at 10:00 a.m. is hereby continued to June 12, 2014 at 10:00 a.m. in Courtroom 5C ADVERSARY PROCEEDING #: 8:08-AP-01001-ES, FILED 01/02/08 TRANSACT INC V FRANK DERRICO LIVING TRUST, FRANK DERRICO, RHFD PEBBLE INC, ROBERT HALL, ANTHONY DERRICO & DEBORAH MEDEIROS.  SEE CASE NOTES FOR DETAILED STATUS OF PROPERTY On January 5, 2010 the Court entered an Order approving the Sale of the Pebble Property and subsequently the sale was consummated and escrow closed.   4/18/11 There have been a number of discovery abuses in this case which has protracted this litigation.  Much of the dispute centers around Respondents failure to produce financial information which would establish his ability to fund the construction loan.  Trustee has been seeking these records for in excess of 1½ years.  See case notes for full explanation.   4/25/12 At the June 7, 2011 hearing on the OSC re Contempt, the Court found Defendants Frank DErrico and his counsel guilty of contempt of Court and issued monetary sanctions in the amount of $4,074.00 and, significantly, awarded issue sanctions consisting of a finding "determining that Defendants Frank DErrico, individually and as Trustee for the Frank DErrico Living Trust did not have the ability to fund the $3.24 million construction loan to Transact at any time relevant to the allegations of the Adversary Proceeding." ("Contempt Ruling"). | 5,000,000.00 | 907,000.00 | | 1,595,000.00 | FA |
| 2 | VACANT LAND INDIO, CA<br>APN 612-170-007.  THERE IS NOT ENOUGH EQUITY IN THIS PROPERTY TO MAKE IT WORTH SELLING. THE TRUSTEE WILL ABANDON AT CLOSING. | 1,900,000.00 | 7,500.00 | | 0.00 | FA |
| 3 | CHECKING ACCOUNT<br>WELLS FARGO ACCOUNT #7884556072  SMITH BARNEY ACCOUNT CLOSED PRIOR TO FILING. | 8,416.89 | 8,416.89 | | 1,368.82 | FA |
| 4 | CLAIM IN OC SUPERIOR COURT<br>OC SUPERIOR COURT CASE NO. #07CC01931, PENDING AT TIME OF FILING, INCLUDING RIGHTS OF RECISSION AND SETOFF; AND RELATED RIGHTS AND INTEREST.    ADVERSARY PROCEEDING #: 8:08-AP-01001-ES, FILED 01/02/08 TRANSACT INC V FRANK DERRICO LIVING TRUST, FRANK DERRICO, RHFD PEBBLE INC, ROBERT HALL, ANTHONY DERRICO & DEBORAH MEDEIROS.  SEE ASSET #1 | Unknown | 0.00 | | 0.00 | FA |
| 5 | SANCTIONS (u) | 0.00 | 0.00 | | 2,000.00 | FA |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 2

**Case No.:**   8:07-BK-11443 ES

**Case Name:**   TRANSACT, INC.

**For Period Ending:**   06/06/2018

**Trustee Name:**   (009014) John M. Wolfe

**Date Filed (f) or Converted (c):**   03/18/2008 (c)

**§ 341(a) Meeting Date:**   06/25/2008

**Claims Bar Date:**   09/29/2008

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 6 | Complaint by John M Wolfe against Frank DErrico, (u)<br><br>ORDER CHAPTER 7 TRUSTEE'S MOTION TO APPROVE COMPROMISE UNDER RULE 9019 BETWEEN THE BANKRUPTCY ESTATE AND FRANK D'ERRICO, INDIVIDUALLY AND AS TRUSTEE OF THE D'ERRICO TRUST AND THE D'ERRICO PENSION, AND RHFD PEBBLE, INC. ENTERED 11/6/17<br>The next evidentiary hearing is scheduled for May 8, 2017 at 9:30 am<br>4/26/16 USDC judgment appealed to US Court of Appeal Re: Appeal USDC Number: 8:13-cv-01312-MWF - RE: USCA Case No. Assigned 14-56453. This action has been continued pending the resolution of issues on the ninth circuit. We did receive notice from the Ninth Circuit that they are considering oral arguments for August 2016.<br>4/29/15 United States District Court, Central District of California, Western Division Case No. 8:13-cv-01312-MWF WOLFE vs. FRANK D??ERRICO, individually and on behalf of the Frank D??Errico Living Trust Dated, and RHFD PEBBLE, INC. This Appeal arises from an appellate court ruling by the District Court in connection with a trial conducted by the Honorable Scott C. Clarkson in the Bankruptcy Court.  See notes for complete update 7/10/14 Although the appeal was filed by D??Errico no Bond was posted by D??Errico and thus no action by the Trustee (such as distribution of fees from the amounts on hand subject to the appeal) was stayed pending such appeal. 02/14/2014 Adversary case 8:14-ap-01044. Complaint by John M Wolfe against Frank DErrico, The Frank DErrico Living Trust Dated 1/15/1998, Steven R. Cameron, Steven R. Cameron doing business as North County Investments, A1 Real Estate, Inc., a Wyoming corporation, The DErrico & Associates, Inc. Money Purchase Pension Plan, Wallace N. Hersom, Gustavo Loele and Tina Loele Family Trust 5/2/2002. (Charge To Estate). for: 1) Fraudulent Transfer - Intentional Fraud [California Civil Code Sections 3439.04, 3439.07, 3439.09]; and 2) Fraudulent Transfer - Constructive Fraud [California Civil Code Sections 3439.04, 3439.05, 3439.07, 3439.09] Nature of Suit: (14 (Recovery of money/property - other)),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) The status conference on the Fraudulent Transfer Complaint is set for May 8, 2014. | 0.00 | 909,462.00 | | 0.00 | FA |
| INT | INTEREST (u) | Unknown | N/A | | 1,758.33 | FA |
| **7** | **Assets Totals (Excluding unknown values)** | **$6,908,416.89** | **$1,832,378.89** | | **$1,600,127.15** | **$0.00** |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 3

**Case No.:**  8:07-BK-11443 ES

**Case Name:**    TRANSACT, INC.

**For Period Ending:**  06/06/2018

**Trustee Name:**  (009014) John M. Wolfe

**Date Filed (f) or Converted (c):**  03/18/2008 (c)

**§ 341(a) Meeting Date:**  06/25/2008

**Claims Bar Date:**  09/29/2008

**Major Activities Affecting Case Closing:**

3/29/18 Order on Final Fee Applications Allowing Payment of (1) Court and U.S. Trustee Fees; and (2) Final Fees and Expenses of Trustee and Professionals.

1/12/18 The Trustee's Final Report and Account was filed with the UST.

4/18/17
Insurance: N/A
Litigation: USDC judgment appealed to US Court of Appeal Re: Appeal USDC Number: 8:13-cv-01312-MWF - RE: USCA Case No. Assigned 14-56453.  On October 18, 2016, the Ninth Circuit Court of Appeals entered a memorandum dismissing the Chapter 7 trustee's appeal of the District Court's judgment, which affirmed in part,reversed in part, and remanded the matter for further proceedings.  The Ninth Circuit issued its mandate to the District Court on November 10, 2016.  On April 17, 2017 the court held a one day evidentiary hearing requiring that the parties go through the issues on remand one-by-one, and that each witness only testify to facts related to the specific remanded issue currently being discussed.  The hearing exclusively related to the following remanded issue: What date were the city approved plans due to Reumont.  The next evidentiary hearing is scheduled for May 8, 2017 at 9:30 am.  The anticipated remand issues to be litigated at that evidentiary hearing are: (1) Did Transact fail to mitigate damages under the PSA (i.e. were city approved plans available to Reumont/Transact directly from the city at all times after city-approval of the plans?; and (2) was the CLA a "percentage-of-completion" contract?
The estimated TFR date has been updated in order to allow additional time for the above action to be resolved.
Tax issues: No tax returns are needed for this estate

04/10/2017 Order Approving Stipulation to Continue Pre-Trial Conference [July 27, 2017 at 9:30am in Courtroom 5A
01/17/2017 Order (1) Setting Briefing Schedule And Evidentiary Hearing Concerning Issues To Be Determined On Remand And (2) Vacating Status Conference Hearing Of January 19, 2017. The court orders as follows: The January 19, 2017 status conference is VACATED. The Court hereby sets an evidentiary hearing for April 17, 2017
01/17/2017 Statement of Death of Plaintiff Allan Reumont Filed by Plaintiff Allan W Reumont
01/04/2017 Order Approving Stipulation To Continue Pre-Trial Conference from January 12, 2017 at 9:30 A.M. to April 20, 2017 at 9:30 A.M.
11/16/2016 Conference with Ryan O'Dea re Judge Clarkson's Order Setting Status Conference and Requiring Briefing.
08/22/2016 Order Approving Stipulation to Continue Pre-Trial Conference Currently Scheduled for September 8, 2016 at 9:30 a.m. to January 12, 2017 at 9:30 a.m. in Courtroom 5A
4/26/16
Insurance: N/A
Litigation: USDC judgment appealed to US Court of Appeal Re: Appeal USDC Number: 8:13-cv-01312-MWF - RE: USCA Case No. Assigned 14-56453.  This action has been continued pending the resolution of issues on the ninth circuit. We did receive notice from the Ninth Circuit that they are considering oral arguments for August 2016.  The estimated TFR date has been updated in order to allow additional time for the above action to be resolved.
Tax issues: No tax returns are needed for this estate

4/29/15 Insurance: N/A Litigation: United States District Court, Central District of California, Western Division Case No. 8:13-cv-01312-MWF WOLFE vs. FRANK D'ERRICO, individually and on behalf of the Frank D'Errico Living Trust Dated, and RHFD PEBBLE, INC. This Appeal arises from an appellate court ruling by the District Court in connection with a trial conducted by the Honorable Scott C. Clarkson in the Bankruptcy Court.  The Bankruptcy Court, for its part, issued its Memorandum of Opinion on August 7, 2013 ("Bankruptcy Ruling") following a seven (7) day trial and live testimony from multiple witnesses.  See [Transact's Excerpts of Record "TRAN", Vol. 1, Tab 1, p. TRAN 00001-00134.]  The Bankruptcy Court concluded that the RHFD Pebble intentionally and materially breached the PSA and the D'Errico Trust breached a CLA (collectively RHFD Pebble and the D'Errico Trust are referred to as the "D'Errico Parties").  The Bankruptcy Court awarded Appellant substantial damages resulting therefrom.  Thereafter, the D'Errico Parties filed an appeal with the District Court, before the Honorable Michael W. Fitzgerald.  The District Court, for its part, issued its

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 4

Case No.:   8:07-BK-11443 ES

Case Name:   TRANSACT, INC.

For Period Ending:   06/06/2018

Trustee Name:   (009014) John M. Wolfe

Date Filed (f) or Converted (c):   03/18/2008 (c)

§ 341(a) Meeting Date:   06/25/2008

Claims Bar Date:   09/29/2008

Order Affirming in Part, Reversing in Part, and Remanding Judgment and Order ("Appellate Ruling"). [TRAN, Vol. 1, Tab 3, p. TRAN 00145-00192.]   The Appellate Ruling remanded the case for additional findings; however, it also overturned significant findings by the Bankruptcy Court.  Specifically, the Appellate Ruling reversed key findings made by the Bankruptcy Court in connection with the "intentional breach" by RHFD Pebble and "material breach" by D'Errico Trust.   A. Factual Background and Ruling from Bankruptcy Court The Bankruptcy Court issued the 133 page Bankruptcy Ruling which found that RHFD Pebble had intentionally breached the PSA and that the D'Errico Trust had materially breached the CLA without justification.  With regard to RHFD Pebble, the Bankruptcy Court ruled that RHFD Pebble had intentionally breached the asset purchase agreement and awarded $530,000.00 in compensatory damages.  The Bankruptcy Court found that RHFD Pebble had breached the asset purchase agreement by withholding the "City Approved Plans" as required under the purchase contract.  Instead, RHFD Pebble produced the City Approved Plans two weeks after the close of escrow - despite having the City Approved Plans six weeks before the close of escrow, providing Transact with a false set of plans (i.e. Original Plans) and failing to disclose material changes that existed between the Original Plans and the City Approved Plans!  The Bankruptcy Court found that RHFD Pebble shareholder Robert Hall ("Hall") had provided unapproved plans to Transact prior to the close of escrow and represented to Transact that the unapproved plans "could be relied upon for budgetary purposes." The Bankruptcy Court found that, at the same time, Hall had submitted another set of plans to the City of Newport Beach for approval which, unbeknownst to Transact, were different than the original plans.  It was a stipulated fact in the Amended Joint Pretrial Order [TRAN Vol. 2, Tab 7, p. TRAN 00371-00437] that the difference between the City Approved Plans reflected a foundation size twice that of the foundation size of the Original Plans which increased the cost of the construction budget line-items relating to the building's foundation by approximately $300,000.00. [TRAN Vol. 2, Tab 7, TRAN 00379, para. 45-46; TRAN 00380, para. 59] In ruling on the materiality of the breach, the Bankruptcy Court found that the breach "occurred at the very outset of the contractual relationship and went to the heart of the construction project" and that the D'Errico Trust later used the alleged breach as a basis for halting the construction loan between Transact and the D'Errico Trust.   In ruling on the proximate cause of the breach, the trial found that the failure to deliver the City Approved Plans was a substantial factor in causing damages to Transact and found as follows:  "[t]he entire construction project was jeopardized and eventually halted based, in part, on Pebble Corp.'s failure to deliver the city approved plans [to Transact].  The construction project transaction was predicated on [RHFD Pebble]'s delivery of plans to build the custom home.  Without accurate plans, the construction project would fail.  Transact's purpose in purchasing the Pebble Property was to develop it and sell it. Without complete construction plans, this expectation was impossible. As a result, Transact's expectation interest under the Purchase and Sale Agreement was defeated by [RHFD Pebble]'s failure to deliver the city approved plans.  Consequently, [RHFD Pebble]'s breach caused Transact's deposit of $30,000 and down payment of $500,000 under the Purchase and Sale Agreement to be forfeited.  Therefore, Transact has proven that it suffered damages in the amount of $530,000 as a proximate result of [RHFD Pebble]'s failure to deliver the City-Approved Plans." [TRAN Vol. 1, Tab 1, p. TRAN 0003, lines 5-15]  With regard to the D'Errico Trust, the Bankruptcy Court ruled that the D'Errico Trust had materially breached the construction loan agreement and awarded compensatory damages in the amount of $327,309.93.  The Bankruptcy Court found that Transact had substantially complied with its obligations under the construction loan and that the D'Errico Trust breached the construction loan agreement by "refusing to fund" the third construction draw.  The Bankruptcy Court noted that Frank D'Errico based his refusal to fund the third draw on the fact that the budget for the foundation and retaining wall work was in excess of the $510,000 originally allocated in the approved construction budget.  During trial, the Bankruptcy Court heard testimony that Frank D'Errico promised Transact's principal, Allan Reumont ("Reumont"), both before and after closing that he would be "flexible" and reasonable in disbursing the construction loan, including being flexible with the line items for the budget.  The Bankruptcy Court further found that Frank D'Errico called the president of Financial Freedom Loans, Inc. and told him that Transact's principal was "on [his] last legs in the Court and ha[s] no chance of prevailing against [D'Errico's position." Thus, the Bankruptcy Court concluded that Frank D'Errico's refusal to disburse the third draw in spite of Transact's substantial performance of the terms of the CLA constituted a breach and that this was the proximate cause of the failed construction project.  The Bankruptcy Court found that Transact's damages are comprised of its expectation interest under the CLA and concluded that Transact was entitled to compensatory damages in the amount of $327,029.00 to account for invoices that were outstanding by Transact. The District Court, through the Appellate Ruling, overstepped its authority by acting as the trier of fact - despite conducting a mere "paper review" of the testimony and only partial review of all exhibits submitted at trial.  Moreover, the District Court also ignored multiple findings by the Bankruptcy Court.  Despite this, the District Court took it upon itself to reach an entirely different conclusion with an analysis that is inconsistent with the findings of fact made by the Bankruptcy Court. Asset/Open Issues: See above Tax Return: Tax returns have not been completed for

# Form 1

# Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 5

**Case No.:**  8:07-BK-11443 ES

**Case Name:**    TRANSACT, INC.

**For Period Ending:**  06/06/2018

**Trustee Name:**    (009014) John M. Wolfe

**Date Filed (f) or Converted (c):**    03/18/2008 (c)

**§ 341(a) Meeting Date:**  06/25/2008

**Claims Bar Date:**  09/29/2008

this estate.  6/25/14 Response from BMS re bank and tech fees.  non responsive further demand and litigation contemplated  6/6/14 JMW Follow up with bank re the proceeds from the sale of certain real property.  The Bankruptcy Court instructed the Trustee to hold the proceeds in trust - with the liens of the 1st priority secured creditor (RHFD Pebble, Inc.) and the 2nd priority secured creditor (Frank D'Errico Living Trust) attaching to the proceeds with the same priority.  These proceeds were not property of the estate and the rights of the secured creditors attached to the proceeds for the duration of time that they were held with your bank.  The secured creditors have demanded an accounting of the proceeds.  These proceeds constitute property that the secured creditors have rights to.  The Trustee needs to recover the proceeds in order to provide fully account for the creditors secured claim.  If this matter drags on, we anticipate that the secured creditor will file an objection to the administrative claim that was asserted over these proceeds.  4/30/14 Insurance: N/A Litigation Status: 02/14/2014  Adversary case 8:14-ap-01044. Complaint by John M Wolfe against Frank D'Errico, The Frank D'Errico Living Trust Dated 1/15/1998, Steven R. Cameron, Steven R. Cameron doing business as North County Investments, A1 Real Estate, Inc., a Wyoming corporation, The D'Errico & Associates, Inc. Money Purchase Pension Plan, Wallace N. Hersom, Gustavo Loele and Tina Loele Family Trust 5/2/2002. (Charge To Estate). for: 1) Fraudulent Transfer - Intentional Fraud [California Civil Code Sections 3439.04, 3439.07, 3439.09]; and 2) Fraudulent Transfer - Constructive Fraud [California Civil Code Sections 3439.04, 3439.05, 3439.07, 3439.09] Nature of Suit: (14 (Recovery of money/property - other),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) The Fraudulent Transfer Complaint is based on the facts that during the pendency of the Transact Adversary Proceeding and in advance of the D'Errico Living Trust Judgment, Defendants Frank D'Errico, Steven R. Cameron, North County Investments, A1 Real Estate, Inc. and D'Errico & Associates, Inc. Money Purchase Pension Plan took steps to conceal and transfer certain assets in which the D'Errico Living Trust had an ownership interest. The property in question involves the real property located at 12024 Summit Circle, Beverly Hills, CA 90210 ("Summit Circle Property").  Concurrent with filing the lawsuit, the Trustee recorded a Notice of Lis Pendens on the real property in order to preclude the current owner from selling the property. The Fraudulent Transfer Complaint also includes Wallance Hersom and the Gustavo Loele Living Trust - two individuals who received deeds of trust against the property from Frank D'Errico.   The status conference on the Fraudulent Transfer Complaint is set for May 8, 2014.  Asset/Open Issues Following the conclusion of approximately seven years of extremely contentious litigation, the Trustee prevailed in the litigation. Specifically, on August 8, 2013, the Bankruptcy Court entered a judgment ("Judgment") in favor of the Estate of Transact, Inc. against Defendant RHFD Pebble, Inc. on the First Claim for Relief (i.e. Breach of Purchase and Sale Agreement) in the amount of $530,000, plus prejudgment interest in the amount of $339,912, for a total amount of $869,912 and against Defendant Frank D'Errico, in his capacity as trustee of the Frank D'Errico Living Trust on the Second Claim for Relief (i.e. Breach of the Construction Loan Agreement) in the amount of $327,029, plus prejudgment interest in the amount of $199,336, for a total amount of $526,365. The Judgment for these claims also provided that Estate would be entitled to "reasonable attorney fees" against both Defendants. Following extensive pleading and two Bankruptcy Court hearings, the Firm assisted the Trustee in obtaining a award of attorneys' fees against Pebble Corp. and Frank D'Errico Living Trust.  Specifically, on November 7, 2013, the Bankruptcy Court entered an Order Granting Motion for Attorneys' Fees and Expenses in the total amount of $957,742.49, which brings the total Judgment amount in favor of the Estate to $2,354,019.49. The Judgment against Pebble Corp. is in the total amount of $1,444,557.00 The Judgment against D'Errico Living Trust is in the total amount of $909,462.00. A. Appeal of Judgment  The Defendants have filed an appeal from the Judgment that is pending before the United States District Court, Central District of California, Case No. SACV-13-1312-MWF.  The Defendants filed an Emergency Motion for Stay Pending Appeal of Judgment, which was denied by the District Court on August 28, 2013.  For his part, co-Plaintiff Allan Reumont filed an appeal of the Judgment. The Estate did not file an appeal of the Judgment.  Thereafter, the parties have filed voluminous documents in connection with the appeal.  Oral arguments on the appeal are set for June 23, 2014.    B. Collection Efforts a. Collection Against Pebble Corp.  As noted above, the Judgment against Pebble Corp. is in the total amount of $1,444,557.00 On November 7, 2013, the Honorable Scott C. Clarkson granted the Trustee's motion for assignment of the rights to payment on account of the Pebble Corp. Lien until such time as the Judgment against Pebble Corp. entered on August 8, 2013 (the "Judgment") is fully satisfied.  Based on the foregoing, the Trustee is entitled to the entirety of the Sale Proceeds in partial satisfaction of the Judgment.  Concurrent with the Fee Application, the Trustee has filed a Motion for Order Authorizing Payment of Asset Sale Proceeds on Account of First Priority Secured Claim of RHFD Pebble, Inc. ("Distribution Motion") which seeks authority to pay the Sale Proceeds to Transact on account of the Pebble Lien.  The Court granted the Distribution Motion and the proceeds became property of the estate.  Upon granting the Distribution Motion, the Trustee obtained $1,282,991.43 on account of its $1,444,557.00 judgment against Pebble Corp.  The remaining balance on the Judgment against Pebble Corp is $161,556.00.  The Trustee has recorded liens against Pebble Corp. to

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 6

**Case No.:**  8:07-BK-11443 ES

**Case Name:**    TRANSACT, INC.

**For Period Ending:**   06/06/2018

**Trustee Name:**   (009014) John M. Wolfe

**Date Filed (f) or Converted (c):**   03/18/2008 (c)

**§ 341(a) Meeting Date:**   06/25/2008

**Claims Bar Date:**   09/29/2008

secure the balance owed on the Judgment against and real and personal property held by Pebble Corp.
Based on the Trustee's investigation, the only asset available to Pebble Corp appears to be the proof of claim
that was filed in the bankruptcy estate.  The Trustee anticipates that he will recover the balance of the
Judgment from the allowed proof of claim owed to Pebble Corp.   a. Collection Against D'Errico Living Trust
As noted above, the Judgment against D'Errico Living Trust is in the total amount of $909,462.00. The
Trustee has recorded liens against Pebble Corp. to secure the balance owed on the Judgment against and
real and personal property held by Pebble Corp. The Trustee also conducted a Judgment Debtor's
Examination of Frank D'Errico.  Frank D'Errico, the trustee of the D'Errico Living Trust, contends that the
Trustee has no assets.   The estimated TFR date has been updated to allow additional time to complete the
above.   Tax Return: Accountants will need to be employed and returns prepared.   04/03/2014  Order
Denying Creditor Allan Reumont's Motion to Strike the Untimely Opposition of Trustee Wolfe to the Motion for
Order to Expunge Claim as Impertinent or Immaterial Under FRCP 12(F)(2)   02/06/2014  Opposition to
(related document(s): 150 Motion to Expunge. filed by Creditor Allan W Reumont) Claim and Request for
Hearing with Proof of Service Filed by Trustee John M Wolfe  01/14/2014  Motion for Order to Expunge
Claim; Memorandum of Points and Authorities, and Declaration of Allan Reumont in Support of the
Declaration of Non-opposition and Request for Entry of the Order to Expunge; Filed by Creditor Allan W
Reumont  12/16/2013  Order Approving Applications For Approval of Fees and Reimbursement of Expenses
by: (1) Shulman Hodges & Bastian LLP, Attorneys for the Chapter 7 Trustee; and (2) Law Office of Alexander
W Tucker, Special Counsel for the Trustee (BNC-PDF) (Related Doc # 119) for Leonard M Shulman, fees
awarded: $856837.80, expenses awarded: $58910.34; (Related Doc # 126) for Alexander W Tucker -
SUSPENDED -, fees awarded: $29051.00, expenses awarded  12/16/2013  Order Approving Motion
Authorizing the Distribution of Sale Proceeds to Judgment Lien Creditor  11/26/2013  Reply to (related
document(s): 130 Opposition filed by Creditor Frank D'Errico Living Trust, Creditor Frank D'Errico, Creditor
RHFD Pebble, Inc, Creditor Anthony D'Errico) to Motion for Order Authorizing the Distribution of Sale
Proceeds to Judgment Lien Creditor with Proof of Service  11/21/2013  Opposition to (related document(s):
122 Notice of motion/application filed by Trustee John M Wolfe (TR)) Filed by Creditors Anthony D'Errico,
Frank D'Errico, Frank D'Errico Living Trust, RHFD Pebble, Inc  11/14/2013 Motion for Order Authorizing the
Distribution of Sale Proceeds to Judgment Lien Creditor; Memorandum of Points & Authorities; and
Declaration of Robert E. Huttenhoff in Support Thereof  09/20/2013 Order Authorizing Trustee To Abandon
the Estate's Interest in Certain Unimproved/Vacant Real Property  4/25/13 INSURANCE STATUS: N/A
LITIGATION STATUS: 8:08-ap-01001-ES Transact Inc et al v. Frank D'Errico Living Trust et al, filed
01/02/08. This adversary proceeding came on regularly for a bench trial on March 4, 2013, in Courtroom 5C
of the United States Bankruptcy Court, Central District of California, Santa Ana Division, the Honorable Scott
C. Clarkson presiding.  Robert E. Huttenhoff of Shulman Hodges & Bastian, LLP appeared on behalf of
Plaintiff John M. Wolfe, Chapter 7 Trustee for the bankruptcy estate of Transact, Inc ("Transact"). Robert N.
Ives of Ives & Associates appeared on behalf of Plaintiff Allan Reumont.  Dan J. Kessler and Michael
Oberbeck of Burkhalter Kessler Clement & George LLP appeared on behalf of Defendants/Cross-
complainants Frank D'Errico, Frank D'Errico Living Trust, RHFD Pebble, Inc. and Anthony D'Errico.  Harley
Burge of the Law Offices of Harland L. Burge appeared on behalf of Defendant Robert Hall.   Defendant
Debora Medeiros appeared in pro se.  Plaintiffs Transact and Allan Reumont were permitted the opportunity
to present evidence.  Witnesses were sworn and testimony and documentary evidence was received and
admitted into evidence.  On March 11, 2013, the Plaintiffs rested.  Defendants were then permitted the
opportunity to present evidence.  Witnesses were sworn and testimony and documentary evidence was
received and admitted into evidence. On March 12, 2013, the Defendants rested. The Court took the matter
under submission.  The parties are currently in the process of awaiting the Court's ruling.  The Court did not
set a time frame for issuing its ruling.  ASSET STATUS/OPEN ISSUES: See above.  We await the Courts
ruling.  Tax Returns: No tax returns are needed for this estate.   12/1/12 Despite the fact that the ruling on
the Second Order re Contempt is an interlocutory order (and no appealable or properly the subject of a
motion for reconsideration), Defendants filed a Motion for Reconsideration.  Due to the Court's heavy
calendar, the matter was set approximately 9 months after it was filed.  The hearing occurred on April 5,
2012.   Despite a ten page tentative in favor of the Trustee, the Bankruptcy Court reversed its position in
Court and granted "limited" relief in favor of Defendant by reducing the ruling from the Second Order re
Contempt. In light of the Court's modification of the ruling on the Second Order re Contempt, the Court
instructed the parties to prepare another Joint Pretrial Order to address the modification made by the Court.
On August 13, 2012, the Court issued a scheduling order for trial on this matter.  Based on the heavy case
load of Judge Smith, the Court set the matter for hearing with the Honorable Scott C. Clarkson. The trial is
set for March 4, 2013 through March 14, 2013.  The projected final report date has been updated to allow
additional time for the trial to be held and the case to be administered.   6/26/12 Order Granting In Part
Defendants'/Cross-Complainants' Motion For Reconsideration Of Order Granting Order To Show Cause RE

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page:  7

| | |
|---|---|
| **Case No.:** 8:07-BK-11443 ES | **Trustee Name:** (009014) John M. Wolfe |
| **Case Name:** TRANSACT, INC. | **Date Filed (f) or Converted (c):** 03/18/2008 (c) |
| | **§ 341(a) Meeting Date:** 06/25/2008 |
| **For Period Ending:** 06/06/2018 | **Claims Bar Date:** 09/29/2008 |

Civil Contempt - Violation Of Discovery Order, And Award Of Sanctions Against Respondents For Failure To Comply With Discovery Order In Accordance With Federal Rule Of Civil Procedure 37(b)(2) 4/25/2012 INSURANCE STATUS: N/A LITIGATION STATUS: 8:08-ap-01001-ES Transact Inc et al v. Frank D'Errico Living Trust et al, filed 01/02/08. At the June 7, 2011 hearing on the OSC re Contempt, the Court found Defendants Frank D'Errico and his counsel guilty of contempt of Court and issued monetary sanctions in the amount of $4,074.00 and, significantly, awarded issue sanctions consisting of a finding "determining that Defendants Frank D'Errico, individually and as Trustee for the Frank D'Errico Living Trust did not have the ability to fund the $3.24 million construction loan to Transact at any time relevant to the allegations of the Adversary Proceeding." ("Contempt Ruling").     On July 13, 2011, Steven Cameron substituted out of representing Defendant Frank D'Errico and new counsel, Burkhalter Kessler Clement & George LLP, substituted in as new counsel.     On August 5, 2011, Defendant Frank D'Errico filed a Motion for Reconsideration of the Contempt Ruling.  The hearing was set by the Court for April 5, 2012 - eight (8) months later.  At the hearing on April 5, 2012, the Court posted a 9 page tentative ruling denying the motion. After 20 minutes of argument, the Court set a continued hearing to obtain further declarations from former counsel, Steven Cameron, regarding his mental competency (which had been alleged to impaired due to extreme depression).  A continued hearing is set for May 3, 2012 at 2:00 p.m. for Mr. Cameron's examination in open court.     In accordance with the litigation schedule, Trustee's and Allan Reumont's counsel prepared a Joint Pretrial Order and submitted a fully executed document with the Court.  At the hearing on the Joint Pretrial Conference, Defendant Frank D'Errico's counsel objected to the Joint Pretrial Order on the grounds that they failed to include their entire cross complaint, disputed causes of actions, witnesses and exhibits. Over their objection, the Court entered the Joint Pretrial Order on December 6, 2011.  On January 26, 2012, Defendant Frank D'Errico filed a motion to amend the Joint Pretrial Order to include the additional disputed causes of actions, witnesses and exhibits that were previously omitted.  At the hearing on March 15, 2012, the Court granted the motion to amend the Joint Pretrial Order.  However, to date, Defendant Frank D'Errico has failed to submit a fully executed Joint Pretrial Order.  The continued Joint Pretrial Conference is set concurrent with the continued Motion to Reconsider the OSC re Contempt - set for May 3, 2012. STATUS/OPEN ISSUES:  See above.  The estimated TFR date has been updated to allow additional time for the adversary action to be ruled on.     TAX ISSUES: Accountants will be employed and tax returns will be prepared once the above adversary action has been completed.   5/08/08 ORDER CONVERTING CASE TO CHAPTER 7 EFFECTIVE MARCH 18, 2008. CHAPTER 7 TRUSTEE JOHN M. WOLFE; SIGNED ON 5/8/2008. 5/07/08 ORDER GRANTING EMERGENCY HEARING ON MOTION FOR ISSUANCE OF AN ORDER: (1) COMPELLING DEPOSTIONS AND THE PRODUCTION OF DOCUMENTS OF THE NAMED DEFENDANTS; (2) SETTING HEARING ON PRELIMINARY INJUNCTION; (3) CONTINUING HEARING ON APPLICATION TO DISSOLVE TEMPORARY RESTRAINING ORDER   5/09/08 ORDER GRANTING IN PART MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER ONLY AS TO THE REAL PROPERTY LOCATED AT 1133 GOLDENROD AVE., CORONA DEL MAR, CA 92625, AND CONTINUING BALANCE OF HEARING TO 6/27/2008 AT 9:30 A.M. AS AN EVIDENTIARY HEARING SIGNED ON 5/9/2008  5/29/08 ORDER GRANTING EMERGENCY MOTION FOR ISSUANCE OF AN ORDER: (1) COMPELLING DEPOSITIONS AND THE PRODUCTION OF DOCUMENTS ON THE NAMED DEFENDANTS; (2) SETTING HEARING ON PRELIMINARY INJUNCTION FOR 6/27/2008 AT 9:30 A.M.; AND (3) CONTINUING HEARING ON APPLICATION TO DISSOLVE TEMPORARY RESTRAINING ORDER TO 6/27/2008 AT 9:30 A.M.   7/09/08 ORDER GRANTING IN PART AND CONTINUING IN PART CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: 1) DISQUALIFYING JOHNSON AND JOHNSON AS COUNSEL OF RECORD FOR DEFENDANTS FRANK D'ERRICO LIVING TRUST, FRANK D'ERRICO, RHFD PEBBLE, INC, ROBERT HALL ANDANTHONY D'ERRICO; AND 2) CONTINUE HEARING ON APPLICATION TO DISSOLVE TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION   8/04/08 STIPULATION TO DISMISS ADVERSARY PROCEEDING AGAINST DEFENDANT ROBERT HALL FILED BY PLAINTIFF TRANSACT INC  8/04/08 STIPULATION TO DISMISS ADVERSARY PROCEEDING AGAINST DEFENDANT ROBERT HALL; FILED BY TRUSTEE JOHN M. WOLFE  8/20/08 ORDER APPROVING STIPULATION TO DISMISS ADVERSARY PROCEEDINGS AGAINST DEFENDANT ROBERT HALL  9/02/08 ORDER GRANTING IN PART, DENYING IN PART AND CONTINUING IN PART CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: 1) DISQUALIFYING JOHNSON AND JOHNSON AS COUNSEL OF RECORD FOR DEFENDANTS FRANK D'ERRICO LIVING TRUST, FRANK D'ERRICO, RHFD PEBBLE, INC., ROBERT HALL AND ANTHONY D'ERRICO; AND 2) CONTINUE HEARING ON APPLICATION TO DISSOLVE TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION TO 8/22/2008 AT 9:00 A.M.  9/18/08 ORDER GRANTING STIPULATION BETWEEN PLAINTIFF ALLAN REUMONT AND DEFENDANT ROBERT HALL TO DISMISS ADVERSARY PROCEEDINGS AGAINST ROBERT HALL 10/14/08 ORDER GRANTING IN PART AND DENYING IN PART CHAPTER 7 TRUSTEE'S MOTION FOR: 1) LEAVE TO FILE SECOND AMENDED COMPLAINT (GRANTED); 2)

# Form 1

## Individual Estate Property Record and Report

### Asset Cases

Exhibit 8

Page: 8

Case No.: 8:07-BK-11443 ES

Case Name: TRANSACT, INC.

For Period Ending: 06/06/2018

Trustee Name: (009014) John M. Wolfe

Date Filed (f) or Converted (c): 03/18/2008 (c)

§ 341(a) Meeting Date: 06/25/2008

Claims Bar Date: 09/29/2008

COMPEL PRODUCTION OF DEFENDANTS' TAX RETURNS SUBJECT TO PROTECTIVE ORDER
(DENIED) - SHULMAN, HODGES AND BASTIAN LLP SHALL PAY SANCTIONS IN THE AMOUNT OF
$1,632.50 TO DEFENDANTS WITHIN (10) DAYS OF ENTRY OF THIS ORDER  10/16/08 ORDER
GRANTING IN PART CHAPTER 7 TRUSTEE'S MOTION FOR ORDER AUTHORIZING RETROACTIVE
EMPLOYMENT OF LAW OFFICE OF ALEXANDER TUCKER AS SPECIAL LITIGATION COUNSEL
10/16/08 ORDER GRANTING IN PART CHAPTER 7 TRUSTEE'S MOTION FOR ORDER AUTHORIZING
RETROACTIVE EMPLOYMENT OF SHULMAN HODGES AND BASTIAN LLP AS GENERAL COUNSEL
AND LITIGATION COUNSEL  1/22/09 ORDER FOR PRELIMINARY INJUNCTION  2/05/09 ORDER
DISSOLVING THE PRELIMINARY INJUNCTION ORDER RE: 1133 GOLDENROD AVE, CORONA DEL
MAR, CA SIGNED ON 2/5/2009.  2/24/09 ORDER (1) TO COMPEL PLAINTIFF REUMONT TO ANSWER
QUESTIONS AT DEPOSITION (2) IMPOSING MONETARY SANCTION AGAINST PLAINTIFF REUMONT
AND ATTORNEY TUCKER (3) APPOINTING A DISCOVERY REFEREE SIGNED ON 2/24/2009  4/22/09
INSURANCE STATUS: GENERAL STAR INDEMNITY POLICY IMA779059A, POLICY EXPIRES 5/7/09
WILL BE RENEWED.  LITIGATION STATUS: ADVERSARY PROCEEDING #: 8:08-AP-01001-ES, FILED
01/02/08 TRANSACT INC V FRANK D'ERRICO LIVING TRUST, FRANK D'ERRICO, RHFD PEBBLE INC,
ROBERT HALL, ANTHONY D'ERRICO & DEBORAH MEDEIROS  SEE BELOW ASSET/OPEN ISSUES:
THE PEBBLE PROPERTY IS VACANT LAND WITH EARLY STAGES OF CONSTRUCTION A SINGLE
FAMILY HOME.  IN ITS BANKRUPTCY SCHEDULE A - REAL PROPERTY FILED WITH THE COURT IN
JUNE 2007, THE DEBTOR VALUED THE PEBBLE PROPERTY AT $5,000,000 AND INDICATED THAT IT
WAS SUBJECT TO LIENS, THE MAJORITY OF WHICH WERE DISPUTED, IN TOTAL THE AMOUNT OF
$4,093,000.  BASED ON AN OVERALL DOWNTURN IN THE ECONOMY THROUGHOUT THE UNITED
STATES AND THE CATASTROPHIC MARKET FAILURES SEEN IN SEPTEMBER OF 2008, THE VALUE
OF THE PEBBLE PROPERTY IS BELIEVED TO BE SUBSTANTIALLY LESS.  THE PEBBLE PROPERTY
AND THE PRINCIPAL LIENS ATTACHING THERETO, ARE THE SUBJECT OF EXTENSIVE LITIGATION
THAT WAS COMMENCED PRIOR TO THE PETITION DATE AND WAS REMOVED TO THE
BANKRUPTCY COURT AND IS NOW PENDING AS THE ADVERSARY PROCEEDING ENTITLED
TRANSACT, INC. AND ALLAN REUMONT, V. FRANK D'ERRICO LIVING TRUST, FRANK D'ERRICO, AN
INDIVIDUAL, RHFD PEBBLE, INC., ANTHONY D'ERRICO, DEBORAH MEDEIROS, ET AL. ADVERSARY
CASE NO. 8:08-AP-01001 ES.  THE DEBTOR'S CAUSES OF ACTION IN THE ADVERSARY ACTION
INCLUDE ALLEGATIONS OF PRE-PETITION FRAUD BY THE DEFENDANTS IN CONNECTION WITH
THE SALE OF THE PEBBLE PROPERTY AND THE HARD MONEY FINANCING PROVIDED FOR THE
PURCHASE AND CONSTRUCTION OF THE PEBBLE PROPERTY.  ON DECEMBER 22, 2008,
FOLLOWING A THREE (3) DAY EVIDENTIARY HEARING, THE COURT MADE FINDINGS OF FACTS AND
CONCLUSIONS OF LAW IN SUPPORT OF A PRELIMINARY INJUNCTION WHICH PREVENTS
DEFENDANTS FRANK D'ERRICO, FRANK D'ERRICO LIVING TRUST, RHFD PEBBLE, INC. FROM
TAKING ANY ADVERSE ACTION AGAINST THE PEBBLE DRIVE PROPERTY, INCLUDING ANY STEPS
IN FURTHERANCE OF A NON-JUDICIAL FORECLOSURE OF THE PEBBLE DRIVE PROPERTY.  THE
COURT'S RULING WAS BASED ON A DETERMINATION THAT PLAINTIFF HAD ESTABLISHED A
SUBSTANTIAL LIKELIHOOD OF PREVAILING ON THE CAUSE OF ACTION FOR FRAUD.  THE LIENS
AND ENCUMBRANCES ATTACHING TO THE PEBBLE PROPERTY ARE SUBJECT TO BONA-FIDE
DISPUTES, THE MAJORITY OF WHICH ARE THE SUBJECT OF THE ALLEGATIONS SET FORTH IN THE
ADVERSARY ACTION.  SUBJECT TO FURTHER MOTION AND COURT ORDER, THE TRUSTEE HAS
DETERMINED THAT IT WOULD BE IN THE BEST INTERESTS OF THE ESTATE FOR THE PEBBLE
PROPERTY TO SOLD PURSUANT TO BANKRUPTCY CODE SECTION 363(B) AND (F) FREE AND
CLEAR OF ALL LIENS AND ENCUMBRANCES, WITH LIENS AND ENCUMBRANCES, TO ATTACH TO
THE PROCEEDS OF THE SALE IN THE SAME VALIDITY AND PRIORITY AS PRIOR TO THE CLOSING
OF THE SALE PENDING AGREEMENT WITH THE LIENHOLDER OR FURTHER ORDER OF THE
COURT.  TAX ISSUES: UNKNOWN PENDING OUTCOME OF LITIGATION  6/1/09 Order Authorizing
Employment of Tim Carr of Coldwell Banker Previews International as the Trustee's Real Estate Agent
9/28/09 Motion For Sale of Property under Section 363(b) Chapter 7 Trustee's Motion for Order (1) Approving
the Sale of Real Property Asset of the Estate Free and Clear of Liens, Subject to Overbid, Combined with
Notice of Bidding Procedures and Request for Approval of the Bidding Procedures Utilized; (2) Approving
Asset Purchase Agreement in Connection With the Sale; (3) Approving Payment of Real Estate Commission
and Other Costs of Sale; and (4) Granting Other Related Relief; Memorandum of Points and Authorities and
Declarations of John M. Wolfe and Tim Carr in Support (with proof of service) Filed by Trustee John M Wolfe
10/7/09 Notice of sale of estate property (LBR 6004-2) (Real property located at: 2716 Pebble Drive, Corona
Del Mar, California) (Type of Sale: Public) Filed by Trustee John M Wolfe  11/11/09 Opposition to (related
document(s): [96] Notice of Hearing filed by Trustee John M Wolfe, [98] Notice of sale of estate property (LBR
6004-2) filed by Trustee John M Wolfe, [100] Notice of Hearing filed by Trustee John M Wolfe) With

# Form 1

# Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 9

| | |
|---|---|
| **Case No.:**  8:07-BK-11443 ES | **Trustee Name:**   (009014) John M. Wolfe |
| **Case Name:**    TRANSACT, INC. | **Date Filed (f) or Converted (c):**   03/18/2008 (c) |
| | **§ 341(a) Meeting Date:**   06/25/2008 |
| **For Period Ending:**   06/06/2018 | **Claims Bar Date:**   09/29/2008 |

Proof of Service Filed by Creditors Anthony D'Errico, Frank D'Errico, Frank D'Errico Living Trust, RHFD Pebble, Inc 11/19/10 Opposition filed by Creditor Frank D'Errico Living Trust, Creditor Frank D'Errico, Creditor RHFD Pebble, Inc, Creditor Anthony D'Errico) to Motion for Order: 1) Approving the Sale of Real Property Asset of the Estate Free and Clear of Liens and Subject to Overbids, Combined with Notice of Bidding Procedures and Request for Approval of the Bidding Procedures Utilized; 2) Approving Asset Purchase Agreement in Connection with the Sale; 3) Approving Payment of Real Estate Commission and Other Costs of Sale; and 4) Granting Other Related Relief with Proof of Service Filed by Trustee John M Wolfe  1/6/10 Order Approving The Sale of Real Property Asset of the Estate Free and Clear of Liens and Approving Bidding Procedures Utilized; (2) Approving Asset Purchase Agreement in Connection with the Sale; (3) Approving Payment of Real Estate Commission and Other Costs of Sale; and (4) Granting Other Related Relief  3/2/10 Order Approving Stipulation Between the Chapter 7 Trustee and Associated Ready Mixed Concrete Inc Regarding Consent to Sale of Real Property and Treatment of Mechanic's Lien  4/20/10 INSURANCE STATUS: N/A LITIGATION STATUS: LITIGATION STATUS: ADVERSARY PROCEEDING #: 8:08-AP-01001-ES, FILED 01/02/08 TRANSACT INC V FRANK D'ERRICO LIVING TRUST, FRANK D'ERRICO, RHFD PEBBLE INC, ROBERT HALL, ANTHONY D'ERRICO & DEBORAH MEDEIROS. This case involves a scheme by a conspiracy of entities and their principals to defraud Plaintiffs and their innocent workers and contractors out of hundreds of thousands of dollars earned in the construction of a single family home in Corona Del Mar, California.   Plaintiff Allan Reumont purchased a unique property in Corona Del Mar to build a dream home with pristine views of the Pacific Ocean, Newport Harbor, and the mountains. Defendants and their associated entities sold the property to Plaintiffs, and funded both Purchase money loans and a construction loan to build the dream home.   Ground was broken, contractors were hired, and work began with great progress until Defendants refused to honor the Construction Loan and stopped disbursing funds.  Without any funds to pay the dozens of workers on the project, construction came to a halt. It was only then that Plaintiffs realized they had been the victim of a pervasive scam.   The Original Plans provided by Defendants to Plaintiffs to generate the construction budget for the project were defective, and had been subsequently materially revised without appropriate disclosure to Plaintiffs.  Consequently, the construction, as planned, would cost hundreds of thousands more to complete.   Defendants then used the alleged cost overruns-which they knew would result from the defective Original Plans-as an excuse to refuse further funding of the Construction Loan payments, in breach of their Construction Loan agreement with Plaintiffs.  Depriving Plaintiffs of cash flow, Defendants then put the property into foreclosure proceedings in order to take back the property they had sold to Plaintiffs.  Because no funds from the Construction Loan have been paid since October 2006, Plaintiffs are entitled to damages, a set-off of money due to Plaintiffs from the Construction Loan against interest payments to Defendants on the Purchase Money Loans, and injunctive relief to prevent Defendants from executing non-judicial foreclosure proceedings on the subject properties.  This Complaint alleges, inter alia, violations under The Organized Crime Control Act of 1970, Publ. L. No. 91-452, Section 901(a), 84 Stat. 941, Racketeer Influenced and Corrupt Organizations ("RICO") and is brought by Plaintiffs in connection with two related, yet distinct, illegal and fraudulent schemes devised, conducted or participated in by an individual named Defendants Frank D'Errico, D'Errico Living Trust, RHFD and DOES 2 through 50 ("D'Errico Related Enterprise").  First, Plaintiffs are informed and believe and thereon allege, that various Defendants, and possibly other persons and entities conspired to provide hard money loans to Plaintiff for the purpose of stripping Plaintiffs of all their assets and, in doing so, laundered the proceeds for his own personal benefit and further injured Plaintiffs.  Further, Plaintiff are informed and believe and thereon allege, there are other instances were Defendants Frank D'Errico and the other Defendants engaged in similar hard money loans for the purpose of stripping the lender of all their assets and, in doing so, laundered the proceeds again for his own personal benefit.  As part of this scheme, various Defendants and possibly other persons and entities attempted to conceal the true nature of the relationship of various persons and entities involved in these transactions.   Plaintiffs are informed and believe and thereon allege, the scheme, devised, conducted and/or participated in by Defendants and possibly others, involved each of them conducting or participating---either directly or indirectly---in the conduct of the affairs of the D'Errico Related Enterprise through a pattern of racketeering activity, and each of them conspiring to do so, so as to wrongfully and unlawfully obtain and/or launder the funds obtained through a fraudulent scheme from Debtors and Plaintiffs.  On September 9, 2009, after serving multiple discovery requests and not receiving adequate responses, we filed a Motion for Protective Order re Plaintiff's Request for Production of Documents, Set One; and Motion to Compel Sanctions ("Compel Sanction Motion") related to the discovery disputes.  On October 22, 2009, the Court held a hearing on the Compel Sanction Motion.  The Court advised that a final ruling would be issued on December 7, 2009.  The Court then advised that the final ruling would be issued on December 9, 2009.  Finally, the Court advised that a final ruling would be issued "sometime between December 9, 2009 and January 1, 2010."  Since that time our office has contacted the Court on multiple occasions inquiring as to the status of the final ruling on this matter without

# Form 1

# Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page:   10

**Case No.:**   8:07-BK-11443 ES

**Case Name:**    TRANSACT, INC.

**For Period Ending:**   06/06/2018

**Trustee Name:**   (009014) John M. Wolfe

**Date Filed (f) or Converted (c):**   03/18/2008 (c)

**§ 341(a) Meeting Date:**   06/25/2008

**Claims Bar Date:**   09/29/2008

response.  We intend on filing a Request for Ruling on Motions Under Submission no later than April 30, 2010.   On November 9, 2009, mediation was held and a tentative settlement was reached.  We began documenting the settlement, however, over the course of the following week the parties could not agree on the terms of the settlement.  Therefore, no settlement is in place nor is one anticipated.  ASSET STATUS/OPEN ISSUES: See above On January 5, 2010 the Court entered an Order approving the Sale of the Pebble Property and subsequently the sale was consummated and escrow closed.   TAX ISSUES: Accountants will be employed and tax returns will be prepared once the above adversary action has been completed.   07/01/2010 Order re 1) Motion of Defendants Frank D'Errico Living Trust, Frank D'Errico, RHFD Pebble nc and Anthony D'Errico for protective Order; and 2) Trustee's motion to compel and for sanctions 08/09/2010 PROPOSED FOURTH Amended Complaint for: 1. Breach of Contract; 2. Fraud-intentional misrepresentation; 3. Fraud-Negligent misrepresentation; 4. Fraud-false promise; 5, Fraud-concealment; 6. Inducing breach of contract; 7. Intentional interference with contractural relations; 8. Intentional interference with prospective contractual relations; 9. Unfair business practices (bus. & prof. code section 17200 ET SEQ.; 10. Declaratory relief; 11. Breach of fiduciary duty; 12. Aiding and abetting breach of fiduciary duty; 13. Violation of cal.penal section 631(a), 632(a), 635(a), 637, 637.2; and 14. Violation of 18 U.S.C. section 2511. by Robert N Ives on behalf of Allan W Reumont against Frank D'Errico , Does 1 To 50, Inclusive , Frank D'Errico Living Trust , Robert Hall , Deborah Medeiros , RHFD Pebble Inc .  08/30/2010 Opposition to Motion filed by Cross Defendant Allan W Reumont, Plaintiff Allan W Reumont) Opposition to Motion For Leave of Court To Add Robert Hall as Defendant, with Proof of Service Filed by Defendants Anthony D'Errico, Frank D'Errico, Frank D'Errico Living Trust, RHFD Pebble Inc, Cross-Claimants Anthony D'Errico, Frank D'Errico, Frank D'Errico Living Trust  10/21/2010 Summons Issued on FOURTH AMENDED ADVERSARY COMPLAINT on Anthony D'Errico Date Issued 10/21/2010, Answer Due 11/22/2010; Frank D'Errico Date Issued 10/21/2010, Answer Due 11/22/2010; Frank D'Errico Living Trust Date Issued 10/21/2010, Answer Due 11/22/2010; Robert Hall Date Issued 10/21/2010, Answer Due 11/22/2010; Deborah Medeiros Date Issued 10/21/2010, Answer Due 11/22/2010; RHFD Pebble Inc Date Issued 10/21/2010, Answer Due 11/22/2010  11/22/2010 Answer to Fourth Amended Complaint Filed by Robert Hall  01/21/2011 Order to Show Cause RE Civil Contempt - Violation of Discovery Order, and Award of Sanctions Against Respondents for Failure to Comply with Discovery Order in Accordance with Federal Rule of Civil Procedure 03/16/2011 Order Granting Chapter 7 Trustee and Plaintiff's Motion for Failure to Respond to: 1) Request for Production of Documents and Things, Set One, Propounded on Defendant Anthony D'Errico; 2) Request for Production of Documents and Things, Set Three, Propounded on Defendant Frank D'Errico; 3) Special Interrogatories Set Two, Propounded on Defendant Frank D'Errico; and Request for Sanctions Against Anthony D'Errico, Frank D'Errico and his counsel, Steven R. Cameron, jointly and Severally  03/18/2011 Motion For Contempt - Notice of Motion and Motion by Chapter 7 Trustee for: 1) Issuance of an Order to Show Cause re Civil Contempt - Violation of Discovery Order; 2) Award of Sanctions Against Respondents for Failure to Comply with Discovery Order in Accordance with Fedreal Rule of Civil Procedure 37(b)(2); and Memorandum of Points and Authorities with Proof of Service Filed by Trustee John M Wolfe  04/07/2011 Motion to Withdraw as Attorney Notice of Motion and Motion to Withdraw as attorney of record for RHFD, PEBBLE, INC., and Declaration of David B. Lally in Support, with Proof of Service Filed by Attorney david brian lally  04/11/2011 Order To Show Cause Re:Civil Contempt - Violation of Discovery Order, and Award of Sanctions Against Respondents aFor Failure To Comply With Discovery Order In Accorance with Federal Rule of Civil Procedure 37(b)(2).  IT IS FURTHER ORDERED that the hearing the Order To Show Cause re Contempt will be held on June 7, 2011 at 10:30 a.m. before the Honorable Erithe A Smith  4/18/2011 INSURANCE STATUS: N/A LITIGATION STATUS: 8:08-ap-01001-ES Transact Inc et al v. Frank D'Errico Living Trust et al, filed 01/02/08. There have been a number of discovery abuses in this case which has protracted this litigation.  Much of the dispute centers around Respondents failure to produce financial information which would establish his ability to fund the construction loan.  Trustee has been seeking these records for in excess of 1 ½ years.  The following summarizes the procedural history of this dispute.   On September 9, 2009, after serving multiple discovery requests and not receiving adequate responses, the Trustee filed a Motion for Compel Production of Documents, Set One; and Request for Sanctions ("Compel Sanction Motion") related to the discovery disputes.  On October 22, 2009, the Court held a hearing on the Compel Sanction Motion.  The number of disputes was considerable.  After a lengthy delay of the Court taking the matter on submission, on July 1, 2010, the Court issued an Order to Compel Discovery ("Discovery Order").   The Discovery Order required Respondents to comply with various discovery requests and to do so by August 1, 2010.  Initially, Steven Cameron, counsel for Respondents, requested from the Trustee a one (1) week extension of the deadline in order to respond.  The Trustee's counsel agreed to this extension despite the fact that this was a Court ordered deadline.  Thereafter, Respondents failed to comply with the Discovery Order even after the one (1) week extension.  Instead, the entire document production was not produced until September 21, 2010 - fifty- one (51) days late.  As a result of the failure to comply with the

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 11

**Case No.:**   8:07-BK-11443 ES

**Case Name:**   TRANSACT, INC.

**Trustee Name:**   (009014) John M. Wolfe

**Date Filed (f) or Converted (c):**   03/18/2008 (c)

**§ 341(a) Meeting Date:**   06/25/2008

**For Period Ending:**   06/06/2018

**Claims Bar Date:**   09/29/2008

Discovery Order, the Trustee filed an application for Order to Show Cause re Contempt.     On January 21, 2011, the Court Granted the OSC re Contempt - Compel Discovery and set a hearing date of February 10, 2011.  At the February 10, 2011 hearing, the Court entered an Order compelling the Respondents to comply with the Discovery Requests and allowing sanctions up to $15,000 to be determined upon the Respondents efforts to comply with the Discovery Requests subject to a declaration regarding compliance from Trustee's counsel ("OSC re Contempt - Compel Discovery Order").  Respondents did produce documents, however, were not in compliance with the OSC re Contempt - Compel Discovery Order.  Thereafter, the Court conducted an additional hearing to determine the amount of the sanctions.  Ultimately the Court awarded approximately $15,000 in sanctions in favor of the Trustee.   In addition, on December 21, 2010, the Trustee filed a Unilateral Stipulation re Discovery ("Motion") regarding non-compliance with additional discovery requests.  At the hearing on February 3, 2011 the Court granted the Motion and issued sanctions against Respondents and their counsel in the amount of $4,074.00 a

**Initial Projected Date Of Final Report (TFR):**   12/31/2010

**Current Projected Date Of Final Report (TFR):**   01/12/2018 (Actual)

| | |
|---|---|
| 06/06/2018 | /s/John M. Wolfe |
| Date | John M. Wolfe |

## Form 2

Exhibit 9
Page:  1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 8:07-BK-11443 ES | |
| **Case Name:** | TRANSACT, INC. | |
| **Taxpayer ID #:** | **-***6266 | |
| **For Period Ending:** | 06/06/2018 | |

| | |
|---|---|
| **Trustee Name:** | John M. Wolfe (009014) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account #:** | ********3765 Money Market Account |
| **Blanket Bond (per case limit):** | $3,899,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/09/08 | {3} | WELLS FARGO BANK | TURNOVER FUNDS FROM DIP ACCOUNT | 1129-000 | 1,368.82 | | 1,368.82 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 0.24 | | 1,369.06 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2300% | 1270-000 | 0.28 | | 1,369.34 |
| 12/11/08 | | To Account #********3766 | | 9999-000 | | 200.00 | 1,169.34 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.20 | | 1,169.54 |
| 01/04/09 | | To Account #********3766 | | 9999-000 | | 250.00 | 919.54 |
| 01/22/09 | | To Account #********3766 | | 9999-000 | | 500.00 | 419.54 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.08 | | 419.62 |
| 02/11/09 | | To Account #********3766 | | 9999-000 | | 100.00 | 319.62 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.03 | | 319.65 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.03 | | 319.68 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.03 | | 319.71 |
| 05/20/09 | | To Account #********3766 | | 9999-000 | | 135.00 | 184.71 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.02 | | 184.73 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.01 | | 184.74 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.01 | | 184.75 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.01 | | 184.76 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.01 | | 184.77 |
| 10/06/09 | {5} | JOHNSON & JOHNSON | SANCTIONS | 1249-000 | 2,000.00 | | 2,184.77 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.16 | | 2,184.93 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.22 | | 2,185.15 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.22 | | 2,185.37 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.20 | | 2,185.57 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.20 | | 2,185.77 |
| 03/16/10 | | To Account #********3766 | | 9999-000 | | 1,500.00 | 685.77 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.16 | | 685.93 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1200% | 1270-000 | 0.01 | | 685.94 |
| 04/06/10 | | Wire out to BNYM account ********3765 | Wire out to BNYM account ********3765 | 9999-000 | | 685.94 | 0.00 |
| | | **Page Subtotals:** | | | **$3,370.94** | **$3,370.94** | |

Exhibit 9
Page:   2

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 8:07-BK-11443 ES | |
| **Case Name:** | TRANSACT, INC. | |
| **Taxpayer ID #:** | **-***6266 | |
| **For Period Ending:** | 06/06/2018 | |

| | | |
|---|---|---|
| **Trustee Name:** | John M. Wolfe (009014) | |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. | |
| **Account #:** | ********3765 Money Market Account | |
| **Blanket Bond (per case limit):** | $3,899,000.00 | |
| **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | COLUMN TOTALS | | 3,370.94 | 3,370.94 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 3,370.94 | |
| | | | **Subtotal** | | 3,370.94 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $3,370.94 | $0.00 | |

## Form 2

Exhibit 9
Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 8:07-BK-11443 ES | **Trustee Name:** John M. Wolfe (009014) |
| **Case Name:** | TRANSACT, INC. | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| **Taxpayer ID #:** | **-***6266 | **Account #:** ********3766 Checking Account |
| **For Period Ending:** | 06/06/2018 | **Blanket Bond (per case limit):** $3,899,000.00 |
| | | **Separate Bond (if applicable):** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/11/08 | | From Account #********3765 | | 9999-000 | 200.00 | | 200.00 |
| 12/11/08 | 101 | WOOD GUTMANN & BOGART, INS. | INVOICE #64429, ADD ADDITIONAL INSURED | 2420-000 | | 154.69 | 45.31 |
| 01/04/09 | | From Account #********3765 | | 9999-000 | 250.00 | | 295.31 |
| 01/04/09 | 102 | PREMIUM FINANCE SPECIALISTS | ACCOUNT #CAL 126138 | 2990-000 | | 204.81 | 90.50 |
| 01/22/09 | | From Account #********3765 | | 9999-000 | 500.00 | | 590.50 |
| 01/22/09 | 103 | PREMIUM FINANCE SPECIALISTS | ACCOUNT CAL-126138 | 2990-000 | | 204.81 | 385.69 |
| 02/10/09 | 104 | PREMIUM FINANCE SPECIALISTS | ACCOUNT NUMBER #CAL-126138 | 2990-000 | | 149.87 | 235.82 |
| 02/11/09 | | From Account #********3765 | | 9999-000 | 100.00 | | 335.82 |
| 02/11/09 | 105 | WOOD GUTMANN & BOGART, INS. | Trans-9-1001 | 2420-000 | | 309.38 | 26.44 |
| 03/05/09 | 106 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/05/2009 FOR CASE #8:07-BK-11443, Bond #016030867 | 2300-000 | | 0.33 | 26.11 |
| 05/20/09 | | From Account #********3765 | | 9999-000 | 135.00 | | 161.11 |
| 05/20/09 | 107 | WOOD GUTMANN & BOGART, INS. | Invoice #66865 | 2420-000 | | 154.84 | 6.27 |
| 03/16/10 | | From Account #********3765 | | 9999-000 | 1,500.00 | | 1,506.27 |
| 03/17/10 | 108 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/17/2010 FOR CASE #8:07-BK-11443, Bond #016030867 | 2300-000 | | 1,201.02 | 305.25 |
| 04/06/10 | | Wire out to BNYM account ********3766 | Wire out to BNYM account ********3766 | 9999-000 | | 305.25 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | **2,685.00** | **2,685.00** | **$0.00** |
| Less: Bank Transfers/CDs | 2,685.00 | **305.25** | |
| **Subtotal** | **0.00** | **2,379.75** | |
| Less: Payments to Debtors | | **0.00** | |
| **NET Receipts / Disbursements** | **$0.00** | **$2,379.75** | |

**Form 2**

## Cash Receipts And Disbursements Record

Exhibit 9
Page:   4

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 8:07-BK-11443 ES | | | **Trustee Name:** | John M. Wolfe (009014) | |
| **Case Name:** | TRANSACT, INC. | | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. | |
| **Taxpayer ID #:** | **-***6266 | | | **Account #:** | ********3767 Money Market Account | |
| **For Period Ending:** | 06/06/2018 | | | **Blanket Bond (per case limit):** | $3,899,000.00 | |
| | | | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/10/10 | | MARINERS ESCROW | SALE OF REAL PROPERTY | | 1,345,095.99 | | 1,345,095.99 |
| | {1} | MARINERS ESCROW | SALE OF REAL PROPERTY $1,595,000.00 | 1110-000 | | | 1,345,095.99 |
| | | WALTERS MANAGEMENT | -$559.00 | 2990-000 | | | 1,345,095.99 |
| | | AMMCOR MANAGEMENT | -$2,269.96 | 2990-000 | | | 1,345,095.99 |
| | | MARINERS ESCROW | -$75.00 | 2500-000 | | | 1,345,095.99 |
| | | OC TAX COLLECTOR | -$159,228.30 | 4700-070 | | | 1,345,095.99 |
| | | MARINERS ESCROW | -$3,216.25 | 2500-000 | | | 1,345,095.99 |
| | | MARINERS ESCROW | -$4,805.50 | 2500-000 | | | 1,345,095.99 |
| | | COLDWELL BANKER | -$79,750.00 | 3510-000 | | | 1,345,095.99 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 27.87 | | 1,345,123.86 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 145.59 | | 1,345,269.45 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1200% | 1270-000 | 22.06 | | 1,345,291.51 |
| 04/06/10 | | Wire out to BNYM account ********3767 | Wire out to BNYM account ********3767 | 9999-000 | | 1,345,291.51 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **COLUMN TOTALS** | | 1,345,291.51 | 1,345,291.51 | $0.00 |
| Less: Bank Transfers/CDs | | 0.00 | 1,345,291.51 | |
| **Subtotal** | | 1,345,291.51 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $1,345,291.51 | $0.00 | |

Exhibit 9
Page: 5

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 8:07-BK-11443 ES |
| **Case Name:** | TRANSACT, INC. |
| **Taxpayer ID #:** | **-***6266 |
| **For Period Ending:** | 06/06/2018 |

| | |
|---|---|
| **Trustee Name:** | John M. Wolfe (009014) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account #:** | **********3767 Checking Account |
| **Blanket Bond (per case limit):** | $3,899,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3767 | Wire in from JPMorgan Chase Bank, N.A. account ********3767 | 9999-000 | 1,345,291.51 | | 1,345,291.51 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1200% | 1270-000 | 110.56 | | 1,345,402.07 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.1200% | 1270-000 | 137.12 | | 1,345,539.19 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1200% | 1270-000 | 132.69 | | 1,345,671.88 |
| 07/01/10 | | TRANSFER TO TDA **********3719 | | 9999-000 | | 1,300,000.00 | 45,671.88 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1200% | 1270-000 | 4.66 | | 45,676.54 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1200% | 1270-000 | 4.65 | | 45,681.19 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.37 | | 45,681.56 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.38 | | 45,681.94 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.37 | | 45,682.31 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.38 | | 45,682.69 |
| 01/20/11 | | To Account #**********3766 | | 9999-000 | | 2,500.00 | 43,182.69 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.38 | | 43,183.07 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 43,183.40 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.36 | | 43,183.76 |
| 04/25/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.28 | | 43,184.04 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 43,184.11 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.36 | | 43,184.47 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.35 | | 43,184.82 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.36 | | 43,185.18 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 82.82 | 43,102.36 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.36 | | 43,102.72 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 100.40 | 43,002.32 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -2.96 | 43,005.28 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.35 | | 43,005.63 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 88.36 | 42,917.27 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.36 | | 42,917.63 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 85.25 | 42,832.38 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.35 | | 42,832.73 |

Page Subtotals:    **$1,345,686.60    $1,302,853.87**

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 6

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 8:07-BK-11443 ES | | | **Trustee Name:** | John M. Wolfe (009014) | |
| **Case Name:** | TRANSACT, INC. | | | **Bank Name:** | The Bank of New York Mellon | |
| **Taxpayer ID #:** | **-***6266 | | | **Account #:** | **********3767 Checking Account | |
| **For Period Ending:** | 06/06/2018 | | | **Blanket Bond (per case limit):** | $3,899,000.00 | |
| | | | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 93.89 | 42,738.84 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.36 | | 42,739.20 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 87.81 | 42,651.39 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.36 | | 42,651.75 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 93.24 | 42,558.51 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 84.30 | 42,474.21 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 87.03 | 42,387.18 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 83.96 | 42,303.22 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 95.36 | 42,207.86 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 83.60 | 42,124.26 |
| 07/11/12 | 11001 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 07/11/2012 FOR CASE #8:07-BK-11443, Blanket Bond #016030867 | 2300-000 | | 1,609.00 | 40,515.26 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 91.19 | 40,424.07 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 85.59 | 40,338.48 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 77.14 | 40,261.34 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 90.75 | 40,170.59 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 82.31 | 40,088.28 |
| 12/13/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO *********1088 20121213 | 9999-000 | | 40,088.28 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 1,345,687.32 | 1,345,687.32 | $0.00 |
| Less: Bank Transfers/CDs | 1,345,291.51 | 1,342,588.28 | |
| **Subtotal** | 395.81 | 3,099.04 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $395.81 | $3,099.04 | |

# Form 2

Exhibit 9
Page:  7

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 8:07-BK-11443 ES | |
| **Case Name:** | TRANSACT, INC. | |
| **Taxpayer ID #:** | **-***6266 | |
| **For Period Ending:** | 06/06/2018 | |

| | |
|---|---|
| **Trustee Name:** | John M. Wolfe (009014) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account #:** | **********3765 Checking Account |
| **Blanket Bond (per case limit):** | $3,899,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******3765 | Wire in from JPMorgan Chase Bank, N.A. account *******3765 | 9999-000 | 685.94 | | 685.94 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1200% | 1270-000 | 0.05 | | 685.99 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.1200% | 1270-000 | 0.07 | | 686.06 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1200% | 1270-000 | 0.07 | | 686.13 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1200% | 1270-000 | 0.07 | | 686.20 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1200% | 1270-000 | 0.06 | | 686.26 |
| 01/20/11 | | To Account #*********3766 | | 9999-000 | | 200.00 | 486.26 |
| 12/13/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO *********1088 20121213 | 9999-000 | | 486.26 | 0.00 |
| | | **COLUMN TOTALS** | | | **686.26** | **686.26** | **$0.00** |
| | | Less: Bank Transfers/CDs | | | 685.94 | 686.26 | |
| | | **Subtotal** | | | **0.32** | **0.00** | |
| | | Less: Payments to Debtors | | | | **0.00** | |
| | | **NET Receipts / Disbursements** | | | **$0.32** | **$0.00** | |

## Form 2

Exhibit 9
Page: 8

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 8:07-BK-11443 ES | |
| **Case Name:** | TRANSACT, INC. | |
| **Taxpayer ID #:** | **-***6266 | |
| **For Period Ending:** | 06/06/2018 | |

| | |
|---|---|
| **Trustee Name:** | John M. Wolfe (009014) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account #:** | **********3766 Checking Account |
| **Blanket Bond (per case limit):** | $3,899,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3766 | Wire in from JPMorgan Chase Bank, N.A. account ********3766 | 9999-000 | 305.25 | | 305.25 |
| 08/12/10 | 10109 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/12/2010 FOR CASE #8:07-BK-11443, Blanket Bond #016030867 | 2300-000 | | 294.75 | 10.50 |
| 01/20/11 | | From Account #**********3765 | | 9999-000 | 200.00 | | 210.50 |
| 01/20/11 | | From Account #**********3767 | | 9999-000 | 2,500.00 | | 2,710.50 |
| 01/26/11 | 10110 | INTERNATIONAL SURETIES | #016030867 BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/26/2011 FOR CASE #8:07-BK-11443 | 2300-000 | | 2,029.86 | 680.64 |
| 08/12/11 | 10111 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/12/2011 FOR CASE #8:07-BK-11443, Bond #016030867 | 2300-000 | | 341.74 | 338.90 |
| 09/21/12 | 10112 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 09/21/2012 FOR CASE #8:07-BK-11443, Bond #016030867 | 2300-000 | | 31.36 | 307.54 |
| 12/13/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO *********1088 20121213 | 9999-000 | | 307.54 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | | **3,005.25** | **3,005.25** | **$0.00** |
| Less: Bank Transfers/CDs | | 3,005.25 | **307.54** | |
| **Subtotal** | | **0.00** | **2,697.71** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$2,697.71** | |

**Form 2**

Exhibit 9
Page:  9

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 8:07-BK-11443 ES | **Trustee Name:** | John M. Wolfe (009014) | |
| **Case Name:** | TRANSACT, INC. | **Bank Name:** | The Bank of New York Mellon | |
| **Taxpayer ID #:** | **-***6266 | **Account #:** | **********3719 Trustee Investment Accoun | |
| **For Period Ending:** | 06/06/2018 | **Blanket Bond (per case limit):** | $3,899,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/01/10 | | TRANSFER CREDIT FROM MMA *********3767 | | 9999-000 | 1,300,000.00 | | 1,300,000.00 |
| 07/13/10 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 32.06 | | 1,300,032.06 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 166.66 | | 1,300,198.72 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 198.79 | | 1,300,397.51 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 74.80 | | 1,300,472.31 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 77.28 | | 1,300,549.59 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 74.79 | | 1,300,624.38 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 77.30 | | 1,300,701.68 |
| 01/18/11 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 42.37 | | 1,300,744.05 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 34.92 | | 1,300,778.97 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 69.82 | | 1,300,848.79 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 77.32 | | 1,300,926.11 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 74.83 | | 1,301,000.94 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 77.32 | | 1,301,078.26 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 10.31 | | 1,301,088.57 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 11.03 | | 1,301,099.60 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 2,495.24 | 1,298,604.36 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 11.01 | | 1,298,615.37 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 3,024.83 | 1,295,590.54 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -89.12 | 1,295,679.66 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 10.62 | | 1,295,690.28 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 2,662.20 | 1,293,028.08 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 10.96 | | 1,293,039.04 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 2,568.34 | 1,290,470.70 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 10.57 | | 1,290,481.27 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 2,828.77 | 1,287,652.50 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 10.91 | | 1,287,663.41 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 2,645.85 | 1,285,017.56 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 10.89 | | 1,285,028.45 |

|  | | | Page Subtotals: | | $1,301,164.56 | $16,136.11 | |

# Form 2

Exhibit 9
Page:   10

## Cash Receipts And Disbursements Record

| Case No.: | 8:07-BK-11443 ES | Trustee Name: | John M. Wolfe (009014) |
|---|---|---|---|
| Case Name: | TRANSACT, INC. | Bank Name: | The Bank of New York Mellon |
| Taxpayer ID #: | **-***6266 | Account #: | **********3719 Trustee Investment Accoun |
| For Period Ending: | 06/06/2018 | Blanket Bond (per case limit): | $3,899,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 2,809.26 | 1,282,219.19 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 2,539.91 | 1,279,679.28 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 2,622.29 | 1,277,056.99 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 2,529.68 | 1,274,527.31 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 2,873.25 | 1,271,654.06 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 2,518.98 | 1,269,135.08 |
| 07/02/12 | | OC TAX COLLECTOR | Refund of county taxes | 4700-070 | | -1,119.88 | 1,270,254.96 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 2,776.20 | 1,267,478.76 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 2,683.86 | 1,264,794.90 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 2,419.00 | 1,262,375.90 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 2,845.51 | 1,259,530.39 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 2,581.00 | 1,256,949.39 |
| 12/13/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO ********1088 20121213 | 9999-000 | | 1,256,949.39 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 1,301,164.56 | 1,301,164.56 | $0.00 |
| Less: Bank Transfers/CDs | | 1,300,000.00 | 1,256,949.39 | |
| Subtotal | | 1,164.56 | 44,215.17 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $1,164.56 | $44,215.17 | |

**Form 2**

## Cash Receipts And Disbursements Record

Exhibit 9
Page:   11

| | | |
|---|---|---|
| **Case No.:** | 8:07-BK-11443 ES | |
| **Case Name:** | TRANSACT, INC. | |
| **Taxpayer ID #:** | **-***6266 | |
| **For Period Ending:** | 06/06/2018 | |

| | | |
|---|---|---|
| **Trustee Name:** | John M. Wolfe (009014) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******8970 Account created for Rabo |
| **Blanket Bond (per case limit):** | $3,899,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | | | | | |

**(No transactions on file for this period)**

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | **0.00** | |
| **Subtotal** | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$0.00** | |

Exhibit 9
Page: 12

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 8:07-BK-11443 ES | Trustee Name: | John M. Wolfe (009014) |
|---|---|---|---|
| Case Name: | TRANSACT, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6266 | Account #: | ******8969 Checking Account |
| For Period Ending: | 06/06/2018 | Blanket Bond (per case limit): | $3,899,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/14/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 40,088.28 | | 40,088.28 |
| 01/28/13 | 21002 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/04/2013 FOR CASE #8:07-BK-11443, Bond #016030867 | 2300-000 | | 1,744.24 | 38,344.04 |
| 06/24/13 | | Rabobank, N.A. | Account Closeout Transfer Adjustment | 9999-000 | | 38,344.04 | 0.00 |

|  | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | COLUMN TOTALS | | | 40,088.28 | 40,088.28 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 40,088.28 | 38,344.04 | |
| | | **Subtotal** | | | **0.00** | **1,744.24** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$0.00** | **$1,744.24** | |

**Form 2**

Exhibit 9
Page:   13

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 8:07-BK-11443 ES | |
| **Case Name:** | TRANSACT, INC. | |
| **Taxpayer ID #:** | **-***6266 | |
| **For Period Ending:** | 06/06/2018 | |

| | |
|---|---|
| **Trustee Name:** | John M. Wolfe (009014) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******8968 Checking Account |
| **Blanket Bond (per case limit):** | $3,899,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/14/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 307.54 | | 307.54 |
| 06/24/13 | | Rabobank, N.A. | Account Closeout Transfer Adjustment | 9999-000 | | 307.54 | 0.00 |
| | | **COLUMN TOTALS** | | | **307.54** | **307.54** | **$0.00** |
| | | Less: Bank Transfers/CDs | | | 307.54 | 307.54 | |
| | | **Subtotal** | | | **0.00** | **0.00** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$0.00** | **$0.00** | |

**Form 2**

Exhibit 9
Page: 14

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 8:07-BK-11443 ES | |
| **Case Name:** | TRANSACT, INC. | |
| **Taxpayer ID #:** | **-***6266 | |
| **For Period Ending:** | 06/06/2018 | |

| | |
|---|---|
| **Trustee Name:** | John M. Wolfe (009014) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******8967 Checking Account |
| **Blanket Bond (per case limit):** | $3,899,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/14/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 486.26 | | 486.26 |
| 06/24/13 | | Rabobank, N.A. | Account Closeout Transfer Adjustment | 9999-000 | | 486.26 | 0.00 |
| | | **COLUMN TOTALS** | | | **486.26** | **486.26** | **$0.00** |
| | | Less: Bank Transfers/CDs | | | 486.26 | 486.26 | |
| | | **Subtotal** | | | **0.00** | **0.00** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$0.00** | **$0.00** | |

Exhibit 9
Page:   15

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 8:07-BK-11443 ES | Trustee Name: | John M. Wolfe (009014) |
|---|---|---|---|
| Case Name: | TRANSACT, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6266 | Account #: | ******8966 Trustee Investment Accoun |
| For Period Ending: | 06/06/2018 | Blanket Bond (per case limit): | $3,899,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/14/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 1,256,949.39 | | 1,256,949.39 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,737.53 | 1,255,211.86 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,050.32 | 1,253,161.54 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,734.94 | 1,251,426.60 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,794.41 | 1,249,632.19 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,977.28 | 1,247,654.91 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,912.56 | 1,245,742.35 |
| 06/24/13 | | Rabobank, N.A. | Account Closeout Transfer Adjustment | 9999-000 | | 1,245,742.35 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 1,256,949.39 | 1,256,949.39 | $0.00 |
| Less: Bank Transfers/CDs | 1,256,949.39 | 1,245,742.35 | |
| Subtotal | 0.00 | 11,207.04 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $11,207.04 | |

# Form 2

Exhibit 9
Page:  16

## Cash Receipts And Disbursements Record

| Case No.: | 8:07-BK-11443 ES | Trustee Name: | John M. Wolfe (009014) |
|---|---|---|---|
| Case Name: | TRANSACT, INC. | Bank Name: | American Business Bank |
| Taxpayer ID #: | **-***6266 | Account #: | ****2698 Trustee Investment |
| For Period Ending: | 06/06/2018 | Blanket Bond (per case limit): | $3,899,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/24/13 | | American Business Bank | Account Opening Deposit Adjustment | 9999-000 | 1,245,742.35 | | 1,245,742.35 |
| 07/28/13 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 1,909.97 | 1,243,832.38 |
| 08/27/13 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 1,847.81 | 1,241,984.57 |
| 09/27/13 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 2,023.48 | 1,239,961.09 |
| 10/28/13 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 1,841.79 | 1,238,119.30 |
| 11/27/13 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 1,840.11 | 1,236,279.19 |
| 12/16/13 | 1001 | Shulman Hodges & Bastian LLP | Order Approving Applications For Approval of Fees and Reimbursement of Expenses Per Court Order 12/16/13 | 3210-000 | | 856,837.80 | 379,441.39 |
| 12/16/13 | 1002 | Shulman Hodges & Bastian LLP | Order Approving Applications For Approval of Fees and Reimbursement of Expenses Per Court Order 12/16/13 | 3220-000 | | 58,910.34 | 320,531.05 |
| 12/16/13 | 1003 | Law Offices of Alex Tucker | Order Approving Applications For Approval of Fees and Reimbursement of Expenses Per Court Order 12/16/13 | 3210-600 | | 29,051.00 | 291,480.05 |
| 12/27/13 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 1,482.07 | 289,997.98 |
| 01/09/14 | | To Account# ****2655 | | 9999-000 | | 500.00 | 289,497.98 |
| 01/24/14 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 388.93 | 289,109.05 |
| 02/28/14 | | American Business Bank | Account analysis fee charged in error by bank | 2600-000 | | 18.11 | 289,090.94 |
| 03/05/14 | | American Business Bank | Reversal of account analysis fee charged in error by bank | 2600-000 | | -18.11 | 289,109.05 |
| 04/25/14 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 429.66 | 288,679.39 |
| 05/27/14 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 442.86 | 288,236.53 |
| 06/25/14 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 400.89 | 287,835.64 |
| 07/25/14 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 413.98 | 287,421.66 |
| 12/18/15 | | American Business Bank | Transfer to Rabobank, N.A. | 9999-000 | | 287,421.66 | 0.00 |

Page Subtotals: **$1,245,742.35** **$1,245,742.35**

**Form 2**

## Cash Receipts And Disbursements Record

Exhibit 9
Page:   17

| | | |
|---|---|---|
| **Case No.:** | 8:07-BK-11443 ES | |
| **Case Name:** | TRANSACT, INC. | |
| **Taxpayer ID #:** | **-***6266 | |
| **For Period Ending:** | 06/06/2018 | |

| | |
|---|---|
| **Trustee Name:** | John M. Wolfe (009014) |
| **Bank Name:** | American Business Bank |
| **Account #:** | ****2698 Trustee Investment |
| **Blanket Bond (per case limit):** | $3,899,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | | Deposit $ | Disbursement $ | Account Balance |
| | | | **COLUMN TOTALS** | | 1,245,742.35 | 1,245,742.35 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 1,245,742.35 | 287,921.66 | |
| | | | **Subtotal** | | 0.00 | 957,820.69 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $957,820.69 | |

**Form 2**

Exhibit 9
Page:  18

## Cash Receipts And Disbursements Record

| Case No.: | 8:07-BK-11443 ES | Trustee Name: | John M. Wolfe (009014) |
|---|---|---|---|
| Case Name: | TRANSACT, INC. | Bank Name: | American Business Bank |
| Taxpayer ID #: | **-***6266 | Account #: | ****2663 Checking |
| For Period Ending: | 06/06/2018 | Blanket Bond (per case limit): | $3,899,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/24/13 | | American Business Bank | Account Opening Deposit Adjustment | 9999-000 | 486.26 | | 486.26 |
| 10/28/13 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 0.72 | 485.54 |
| 02/28/14 | | American Business Bank | Account analysis fee charged in error by bank | 2600-000 | | 16.00 | 469.54 |
| 03/05/14 | | American Business Bank | Reversal of account analysis fee charged in error by bank | 2600-000 | | -16.00 | 485.54 |
| 01/20/15 | 1001 | INTERNATIONAL SURETIES | Bond #016030867 | 2300-000 | | 400.95 | 84.59 |
| 12/18/15 | | American Business Bank | Transfer to Rabobank, N.A. | 9999-000 | | 84.59 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | COLUMN TOTALS | | | | 486.26 | 486.26 | $0.00 |
| | Less: Bank Transfers/CDs | | | | 486.26 | 84.59 | |
| | Subtotal | | | | 0.00 | 401.67 | |
| | Less: Payments to Debtors | | | | | 0.00 | |
| | NET Receipts / Disbursements | | | | $0.00 | $401.67 | |

## Form 2

Exhibit 9
Page:  19

## Cash Receipts And Disbursements Record

| Case No.: | 8:07-BK-11443 ES | Trustee Name: | John M. Wolfe (009014) |
|---|---|---|---|
| Case Name: | TRANSACT, INC. | Bank Name: | American Business Bank |
| Taxpayer ID #: | **-***6266 | Account #: | ****2655 Checking |
| For Period Ending: | 06/06/2018 | Blanket Bond (per case limit): | $3,899,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/24/13 | | American Business Bank | Account Opening Deposit Adjustment | 9999-000 | 307.54 | | 307.54 |
| 10/28/13 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 0.46 | 307.08 |
| 12/16/13 | 1001 | Law Office of Alex Tucker | Voided on 12/16/2013 Voided on 12/16/2013 | 3210-600 | | 29,051.00 | -28,743.92 |
| 12/16/13 | 1001 | Law Office of Alex Tucker | Voided on 12/16/2013 Voided: check issued on 12/16/2013 | 3210-600 | | -29,051.00 | 307.08 |
| 12/22/13 | 1002 | INTERNATIONAL SURETIES | Bond #016030867 | 2300-000 | | 15.55 | 291.53 |
| 01/09/14 | | From Account# ****2698 | | 9999-000 | 500.00 | | 791.53 |
| 01/10/14 | 1005 | INTERNATIONAL SURETIES | Bond #016030867 | 2300-000 | | 601.29 | 190.24 |
| 02/28/14 | | American Business Bank | Account analysis fee charged in error by bank | 2600-000 | | 16.00 | 174.24 |
| 03/05/14 | | American Business Bank | Reversal of account analysis fee charged in error by bank | 2600-000 | | -16.00 | 190.24 |
| 09/23/15 | 1006 | INTERNATIONAL SURETIES | Bond # 015030867 | 2300-000 | | 9.05 | 181.19 |
| 12/18/15 | | American Business Bank | Transfer to Rabobank, N.A. | 9999-000 | | 181.19 | 0.00 |

|  | | COLUMN TOTALS | | | 807.54 | 807.54 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | Less: Bank Transfers/CDs | | | 807.54 | 181.19 | |
| | | Subtotal | | | 0.00 | 626.35 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $0.00 | $626.35 | |

## Form 2

Exhibit 9
Page:   20

## Cash Receipts And Disbursements Record

| Case No.: | 8:07-BK-11443 ES | Trustee Name: | John M. Wolfe (009014) |
|---|---|---|---|
| Case Name: | TRANSACT, INC. | Bank Name: | American Business Bank |
| Taxpayer ID #: | **-***6266 | Account #: | ****2671 Checking |
| For Period Ending: | 06/06/2018 | Blanket Bond (per case limit): | $3,899,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/24/13 | | American Business Bank | Account Opening Deposit Adjustment | 9999-000 | 38,344.04 | | 38,344.04 |
| 07/28/13 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 58.79 | 38,285.25 |
| 08/27/13 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 56.88 | 38,228.37 |
| 09/27/13 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 62.28 | 38,166.09 |
| 10/28/13 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 56.69 | 38,109.40 |
| 11/27/13 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 56.64 | 38,052.76 |
| 12/27/13 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 56.56 | 37,996.20 |
| 01/24/14 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 51.00 | 37,945.20 |
| 02/28/14 | | American Business Bank | Account analysis fee charged in error by bank | 2600-000 | | 16.28 | 37,928.92 |
| 03/05/14 | | American Business Bank | Reversal of account analysis fee charged in error by bank | 2600-000 | | -16.28 | 37,945.20 |
| 04/25/14 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 56.39 | 37,888.81 |
| 05/27/14 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 58.12 | 37,830.69 |
| 03/19/15 | | John M. Wolfe | International Surety, LTD Chapter 7 Bond Premium refund | 2300-000 | | -157.35 | 37,988.04 |
| 12/18/15 | | American Business Bank | Transfer to Rabobank, N.A. | 9999-000 | | 37,988.04 | 0.00 |
| | | **COLUMN TOTALS** | | | **38,344.04** | **38,344.04** | **$0.00** |
| | | Less: Bank Transfers/CDs | | | 38,344.04 | 37,988.04 | |
| | | **Subtotal** | | | **0.00** | **356.00** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$0.00** | **$356.00** | |

**Form 2**

Exhibit 9
Page:  21

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 8:07-BK-11443 ES | |
| **Case Name:** | TRANSACT, INC. | |
| **Taxpayer ID #:** | **-***6266 | |
| **For Period Ending:** | 06/06/2018 | |

| | |
|---|---|
| **Trustee Name:** | John M. Wolfe (009014) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******0865 Checking Account |
| **Blanket Bond (per case limit):** | $3,899,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/18/15 | | Rabobank, N.A. | Transfer from American Business Bank | 9999-000 | 84.59 | | 84.59 |
| 03/29/18 | | | Transfer | 9999-000 | 118,664.59 | | 118,749.18 |
| 03/29/18 | | | Transfer | 9999-000 | 37,988.04 | | 156,737.22 |
| 03/29/18 | | | Transfer | 9999-000 | 181.19 | | 156,918.41 |
| 03/30/18 | 101 | JOHN M. WOLFE, TRUSTEE | Allowed Per Court Order 03/29/18 | 2100-000 | | 71,253.81 | 85,664.60 |
| 03/30/18 | 102 | United States Bankruptcy Court | Allowed Per Court Order 03/29/18 | 2700-000 | | 293.00 | 85,371.60 |
| 03/30/18 | 103 | State of California Franchise Tax Board | Allowed Per Court Order 03/29/18 | 2820-000 | | 800.00 | 84,571.60 |
| 03/30/18 | 104 | State of California Franchise Tax Board | Allowed Per Court Order 03/29/18 | 2820-000 | | 11,111.17 | 73,460.43 |
| 03/30/18 | 105 | Shulman Hodges & Bastian LLP | Allowed Per Court Order 03/29/18 | 3210-000 | | 68,274.72 | 5,185.71 |
| 03/30/18 | 106 | Shulman Hodges & Bastian LLP | Allowed Per Court Order 03/29/18 | 3220-000 | | 5,185.71 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | | 156,918.41 | 156,918.41 | $0.00 |
| Less: Bank Transfers/CDs | | 156,918.41 | 0.00 | |
| **Subtotal** | | 0.00 | 156,918.41 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $0.00 | $156,918.41 | |

# Form 2

Exhibit 9
Page:   22

## Cash Receipts And Disbursements Record

| Case No.: | 8:07-BK-11443 ES | Trustee Name: | John M. Wolfe (009014) |
|---|---|---|---|
| Case Name: | TRANSACT, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6266 | Account #: | ******0866 Checking Account |
| For Period Ending: | 06/06/2018 | Blanket Bond (per case limit): | $3,899,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/18/15 | | Rabobank, N.A. | Transfer from American Business Bank | 9999-000 | 181.19 | | 181.19 |
| 03/29/18 | | | Transfer | 9999-000 | | 181.19 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | COLUMN TOTALS | | | | 181.19 | 181.19 | $0.00 |
| | Less: Bank Transfers/CDs | | | | 181.19 | 181.19 | |
| | **Subtotal** | | | | **0.00** | **0.00** | |
| | Less: Payments to Debtors | | | | | **0.00** | |
| | **NET Receipts / Disbursements** | | | | **$0.00** | **$0.00** | |

**Form 2**

Exhibit 9
Page: 23

## Cash Receipts And Disbursements Record

| Case No.: | 8:07-BK-11443 ES | Trustee Name: | John M. Wolfe (009014) |
|---|---|---|---|
| Case Name: | TRANSACT, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6266 | Account #: | ******0867 Checking Account |
| For Period Ending: | 06/06/2018 | Blanket Bond (per case limit): | $3,899,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/18/15 | | Rabobank, N.A. | Transfer from American Business Bank | 9999-000 | 37,988.04 | | 37,988.04 |
| 03/29/18 | | | Transfer | 9999-000 | | 37,988.04 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | **37,988.04** | **37,988.04** | **$0.00** |
| Less: Bank Transfers/CDs | | 37,988.04 | **37,988.04** | |
| **Subtotal** | | **0.00** | **0.00** | |
| Less: Payments to Debtors | | | **0.00** | |
| **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 24

| | |
|---|---|
| **Case No.:** | 8:07-BK-11443 ES |
| **Case Name:** | TRANSACT, INC. |
| **Taxpayer ID #:** | **-***6266 |
| **For Period Ending:** | 06/06/2018 |

| | |
|---|---|
| **Trustee Name:** | John M. Wolfe (009014) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******0868 Checking Account |
| **Blanket Bond (per case limit):** | $3,899,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/18/15 | | Rabobank, N.A. | Transfer from American Business Bank | 9999-000 | 287,421.66 | | 287,421.66 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 202.98 | 287,218.68 |
| 01/27/16 | 101 | INTERNATIONAL SURETIES | 016030867 | 2300-000 | | 223.81 | 286,994.87 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 451.34 | 286,543.53 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 450.40 | 286,093.13 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 511.83 | 285,581.30 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 449.03 | 285,132.27 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 448.40 | 284,683.87 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 509.61 | 284,174.26 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 447.08 | 283,727.18 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 508.04 | 283,219.14 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 461.12 | 282,758.02 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 445.11 | 282,312.91 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 490.52 | 281,822.39 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 459.12 | 281,363.27 |
| 01/24/17 | 102 | INTERNATIONAL SURETIES | Bond #016030857 Voided on 02/20/2017 | 2300-000 | | 154.34 | 281,208.93 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 490.28 | 280,718.65 |
| 02/20/17 | 102 | INTERNATIONAL SURETIES | Bond #016030857 Voided: check issued on 01/24/2017 | 2300-000 | | -154.34 | 280,872.99 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 428.41 | 280,444.58 |
| 03/13/17 | 103 | INTERNATIONAL SURETIES | Bond #016030867 | 2300-000 | | 216.89 | 280,227.69 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 473.56 | 279,754.13 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 426.91 | 279,327.22 |

| | | |
|---|---|---|
| **Page Subtotals:** | **$287,421.66** | **$8,094.44** |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9
Page:   25

## Cash Receipts And Disbursements Record

| Case No.: | 8:07-BK-11443 ES | Trustee Name: | John M. Wolfe (009014) |
|---|---|---|---|
| Case Name: | TRANSACT, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6266 | Account #: | ******0868 Checking Account |
| For Period Ending: | 06/06/2018 | Blanket Bond (per case limit): | $3,899,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 502.47 | 278,824.75 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 456.06 | 278,368.69 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 440.23 | 277,928.46 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 500.30 | 277,428.16 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 438.92 | 276,989.24 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 483.65 | 276,505.59 |
| 11/27/17 | 104 | BKCG Client Trust Account | Order Granting Chapter 7 Trustee's Motion to Approve Compromise Under Rule 9019 Per Court Order 11/6/17 | 4120-000 | | 157,841.00 | 118,664.59 |
| 03/29/18 | | | Transfer | 9999-000 | | 118,664.59 | 0.00 |

|  | | | COLUMN TOTALS | | 287,421.66 | 287,421.66 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers/CDs | | 287,421.66 | 118,664.59 | |
| | | | Subtotal | | 0.00 | 168,757.07 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $168,757.07 | |

## Form 2

Exhibit 9
Page: 26

### Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 8:07-BK-11443 ES |
| **Case Name:** | TRANSACT, INC. |
| **Taxpayer ID #:** | **-***6266 |
| **For Period Ending:** | 06/06/2018 |

| | |
|---|---|
| **Trustee Name:** | John M. Wolfe (009014) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | *****0868 Checking Account |
| **Blanket Bond (per case limit):** | $3,899,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $1,350,223.14 |
| Plus Gross Adjustments: | $249,904.01 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $1,600,127.15 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ********3765 Money Market Account | $3,370.94 | $0.00 | $0.00 |
| ********3766 Checking Account | $0.00 | $2,379.75 | $0.00 |
| ********3767 Money Market Account | $1,345,291.51 | $0.00 | $0.00 |
| **********3767 Checking Account | $395.81 | $3,099.04 | $0.00 |
| **********3765 Checking Account | $0.32 | $0.00 | $0.00 |
| **********3766 Checking Account | $0.00 | $2,697.71 | $0.00 |
| **********3719 Trustee Investment Accoun | $1,164.56 | $44,215.17 | $0.00 |
| ******8970 Account created for Rabo | $0.00 | $0.00 | $0.00 |
| ******8969 Checking Account | $0.00 | $1,744.24 | $0.00 |
| ******8968 Checking Account | $0.00 | $0.00 | $0.00 |
| ******8967 Checking Account | $0.00 | $0.00 | $0.00 |
| ******8966 Trustee Investment Accoun | $0.00 | $11,207.04 | $0.00 |
| ****2698 Trustee Investment | $0.00 | $957,820.69 | $0.00 |
| ****2663 Checking | $0.00 | $401.67 | $0.00 |
| ****2655 Checking | $0.00 | $626.35 | $0.00 |
| ****2671 Checking | $0.00 | $356.00 | $0.00 |
| ******0865 Checking Account | $0.00 | $156,918.41 | $0.00 |
| ******0866 Checking Account | $0.00 | $0.00 | $0.00 |
| ******0867 Checking Account | $0.00 | $0.00 | $0.00 |
| ******0868 Checking Account | $0.00 | $168,757.07 | $0.00 |
| | **$1,350,223.14** | **$1,350,223.14** | **$0.00** |

06/06/2018

/s/John M. Wolfe

Exhibit 9
Page:   27

## Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 8:07-BK-11443 ES | **Trustee Name:** | John M. Wolfe (009014) |
| **Case Name:** | TRANSACT, INC. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***6266 | **Account #:** | ******0868 Checking Account |
| **For Period Ending:** | 06/06/2018 | **Blanket Bond (per case limit):** | $3,899,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

Date                                   John M. Wolfe